Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

RWA -12517

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 10-SEP-08 | 2306573-00 |

**Shipper**
0129301
TRANSFORM
11857 BAY RIDGE DR.
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY:...............

Page  1  of  1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

| B/L Number:  008-88037-04 | Miles: | Truck:  418029 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:  EDWARD LUDWIG

Date Shipped: 05-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'2X34X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 405.00 | FLT | 405.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 383.00 | FLT | 383.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | NO PILOTS WERE CHARGED | | | | |

Job: 08-009
Code: 01-626
Price: $1651⁰⁰
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**    1,651.00

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-04
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:   2306573-00
Invoice Date:   10-SEP-08
Payment Due Date:   25-SEP-08

Total Amount Due:   1,651.00
Amount Enclosed: _____

**EXHIBIT** A

007
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

| Date : 09/05/08 | | Driver:LUDW ED |
|---|---|---|
| Terminal:RWA | | Truck:418029 |
| Load :2306573 | | Unit: |
| SERIAL #: 008-88037-04 | **STRAIGHT BILL OF LADING** | C.O.D Amount: |
| PO#/HUD# | ORIGINAL -- NOT NEGOTIABLE | |

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
|---|---|
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway,PO Box 569,McDonough GA 30253. | |

| From:   Shipper Address(Origin):129301 | To:   Consignee Address(Destination):140455 |
|---|---|
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DR. | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607559130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
|---|---|
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 5096741517 | |

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 14'2X34X12'10 | | | 150 | 1651.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00),$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER: NOTS | CARRIER PER: Ed Ludwig | CONSIGNEE PER: NOTS |
|---|---|---|



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 12-SEP-08 | 2306615-02 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY: ................

Page 1 of 1

Tel # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

| B/L Number: 008-88037-05 | Miles: | Truck: 480221 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name: JAMES SOLER    Date Shipped: 05-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | ***CORRECTED BILLING*** | | | | |
| | 10'10X29X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 272.00 | FLT | 272.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00 | FLT | 250.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | NO PILOTS USED SIZE OK | | | | |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶    1,295.00

Currency: USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.: 008-88037-05
Bill To: 0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

| Invoice Number: | 2306615-02 |
|---|---|
| Invoice Date: | 12-SEP-08 |
| Payment Due Date: | 27-SEP-08 |
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

009
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

| | | |
|---|---|---|
| Date : 09/05/08<br>Terminal:RWA<br>Load :2306615<br>SERIAL #: 008-88037-05<br>PO#/HUD# | **STRAIGHT BILL OF LADING**<br>ORIGINAL -- NOT NEGOTIABLE | Driver:SOLE J<br>Truck:480221<br>Unit:<br>C.O.D Amount: |

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
    a division of Bennett Truck Transport,LLC.
    1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
    TRANSFORM
    11857 BAY RIDGE DRIVE
    BURLINGTON,WA,98233
    3607559130

To:   Consignee Address(Destination):140455
    EAST AHM DEVELOPEMENT
    611 HIGHWAY 903
    CLE ELUM,WA,98922
    5096741517

RECEIVED the property described below,In apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
    EAST AHM DEVELOPMENT @
    P O BOX 669
    CLE ELUM,WA,98922
    5096741517

REMIT C.O.D

| NO | Description<br>10'10X29X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,Is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

    C.O.D.FEE :     PREPAID :     COLLECT :     THIRD PARTY :
    COD AMT $     $     $     $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER<br>PER: *NOTS* | CARRIER<br>PER: *Jim Sole* | CONSIGNEE<br>PER: *NOTS* |
|---|---|---|

010
AHM

200 @

01/11/2008 23:46 FAX

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 10-SEP-08 | 2306615-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY:

Page  1  of  1

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-05 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER                     Date Shipped:  05-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 272.00 | FLT | 272.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00 | FLT | 250.00 |
| | DEADHEAD MILES | | 150.00 | FLT | 150.00 |
| | NO PILOTS USED SIZE OK | | | | |

Job: 08-009
Code: 01-626
Price: $1285.00
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

| PAY THIS AMOUNT | 1,285.00 |
|---|---|

Currency:  USD

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-05
Bill To:   0140320
           EAST AHM DEVELOPMENT
           P O BOX 669
           CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

Invoice Number:   2306615-00
Invoice Date:   10-SEP-08
Payment Due Date:   25-SEP-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:   1,285.00

Amount Enclosed: _____

011
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/05/08
Terminal:RWA
Load :2306615
SERIAL #: 008-88037-05
PO#/HUD#

Driver:SOLE J
Truck:480221
Unit:
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL – NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
5096741517

REMIT C.O.D

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____  Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____  Date_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :       COLLECT :       THIRD PARTY :
COD AMT $        $       $       $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:   NOTS

CARRIER
PER:   Jim Sole

CONSIGNEE
PER:   NOTS

012
AHM



RWA -12517

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

| Invoice Date: | Invoice Number: |
|---|---|
| 11-SEP-08 | 2306782-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY:

Page   1   of   1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

| B/L Number: 008-88037-12 | Miles: | Truck: 418029 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:   EDWARD LUDWIG                                              Date Shipped:  09-SEP-08

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 1 | 14'2X34X12'10 | 0 | | |
| | FSC | | 688.00 FLT | 688.00 |
| | PERMITS | | 405.00 FLT | 405.00 |
| | SPOTTING CHARGE | | 15.00 FLT | 15.00 |
| | DEADHEAD MILES | | 383.00 FLT | 383.00 |
| | USED AHM PILOTS NO CHARGE | | 160.00 FLT | 160.00 |

Job: 08-009
Code: 01-6 26
Price: $1651.00
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ▶**  | 1,651.00 |

Currency:   USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-12
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

| Invoice Number: | 2306782-00 |
|---|---|
| Invoice Date: | 11-SEP-08 |
| Payment Due Date: | 26-SEP-08 |
| Total Amount Due: | 1,651.00 |
| Amount Enclosed: | _____ |

013
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/09/08
Terminal:RWA
Load :2306782
SERIAL #: 008-88037-12
PO#/HUD#

Driver:LUDW ED
Truck:418029
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 14'2X34X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1651.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :     PREPAID :        COLLECT :         THIRD PARTY :
COD AMT $      $           $             $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER: _NOTS_

CARRIER
PER: _Ed Ludwig_

CONSIGNEE
PER: _NOTS_

014
AHM



Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 11-SEP-08 | 2306786-00 |

**BTT**

**BENNETT**
*Truck Transport, LLC*

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY: ...............................

Page   1   of   1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-13 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:   JAMES SOLER

Date Shipped: 09-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 272.00 | FLT | 272.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00 | FLT | 250.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | DID NOT NEED PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: CHH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶    1,295.00

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-13
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:       2306786-00
Invoice Date:        11-SEP-08
Payment Due Date:    26-SEP-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:       1,295.00
Amount Enclosed: _____

015
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/09/08
Terminal:RWA
Load :2306786
SERIAL #: 008-88037-13
PO#/HUD#

Driver:SOLE J
Truck:480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:    Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:    Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER:  NOTS

CARRIER PER:  Jim Sole

CONSIGNEE PER:  NOTS

016
AHM



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

| Invoice Date: | Invoice Number: |
|---|---|
| 11-SEP-08 | 2306786-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 15 2008
BY: ...........................

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-13 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER                    Date Shipped:  09-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 272.00 | FLT | 272.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00 | FLT | 250.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | DID NOT NEED PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: SH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶

| | 1,295.00 |
|---|---|
| Currency: | USD |

.........................................................................................

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-13
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:   2306786-00
Invoice Date:   11-SEP-08
Payment Due Date:   26-SEP-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:   1,295.00
Amount Enclosed: _____

017
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

| Date : 09/09/08 | | Driver:SOLE J |
| Terminal:RWA | | Truck:480221 |
| Load :2306786 | | Unit: |
| SERIAL #: 008-88037-13 | | C.O.D Amount: |
| PO#/HUD# | | |

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

| From:   Shipper Address(Origin):140460 | To:   Consignee Address(Destination):140455 |
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607559130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles 150 | Total 1295.⁰⁰ |
|----|----|----|----|----|----|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (if No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

|  | C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|  | COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER: _NOTS_ | CARRIER PER: _Jim Sole_ | CONSIGNEE PER: _NOTS_ |

018
AHM



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 11-SEP-08 | 2306786-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 0 2008
BY:

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

| B/L Number:<br>008-88037-13 | Miles: | Truck:<br>480221 | Div: 12<br>Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER

Date Shipped:  09-SEP-08

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | 598.00  FLT | 598.00 |
| | FSC | | 272.00  FLT | 272.00 |
| | PERMITS | | 15.00  FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00  FLT | 250.00 |
| | DEADHEAD MILES | | 160.00  FLT | 160.00 |
| | DID NOT NEED PILOTS | | | |

Job:  08-009
Code:  01-626
Price:  $1295.00
Initials:  YH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ➤   1,295.00

Currency:  USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-13
Bill To:    0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
P.O. Box 100005
McDonough, GA  30253-9305

| Invoice Number: | 2306786-00 |
|---|---|
| Invoice Date: | 11-SEP-08 |
| Payment Due Date: | 26-SEP-08 |
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

019
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/09/08
Terminal:RWA
Load :2306786
SERIAL #: 008-88037-13
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver:SOLE J
Truck:480221
Unit:
C.O.D Amount:

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles 150 | Total 1295.00 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____  Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____  Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER: | CARRIER PER: | CONSIGNEE PER: |
|---|---|---|
| NOTS | Jim Sole | NOTS |

020
AHM

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BTT**

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 15-SEP-08 | 2306802-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 9 2008
BY: _____

Page  1  of  1

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-02 | | 418029 | |

Driver Name:  EDWARD LUDWIG                    Date Shipped:  11-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 405.00 | FLT | 405.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 383.00 | FLT | 383.00 |
| | MOTEL | | 93.50 | FLT | 93.50 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | AHM PILOTS WERE USED | | | | |

Job: 08-009
Code: 01-626
Price: $1684.50  tax?
Initials: OH

FITED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT ►**   **1,684.50**

Currency: USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:  008-88037-02
Bill To:  0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:  2306802-00
Invoice Date:  15-SEP-08
Payment Due Date:  30-SEP-08

Total Amount Due:  1,684.50
Amount Enclosed: _____

021
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/11/08  ~9-12-08
Terminal:RWA
Load :2306802
SERIAL #: 008-88037-02
PO#/HUD#

Driver: *Ed Ludwig*
Truck: *4/8029*
Unit:
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1684.50 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof Signed_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Billf).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section i(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
X Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____ *NOTS*

CARRIER
PER: *Ed Ludwig*

CONSIGNEE
PER:_____ *NOTS*

022
AHM

Sep 12 2008 10:48AM  Hansell Mitzel Homes        5086748536        P.4

09-12-'08 98:08 FROM-Transform LLC      3687878818        T-235 P002/002 F-615

*Ed Ludwig*

Date: 09/11/08                                          Driver: LUDWIG
Terminal: RWA                                           Truck: 18983
Load: 2388800                                           Unit:
SERIAL #: 009-583973# 02                                C.O.D Amount:
POS #: U26

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER (Bennett Truck Transport LLC, including Bennett Transport, Inc. (BCAD)/BTTI    US DOT : 600963
a division of Bennett Truck Transport,LLC.                                            MC-ICC 348769
1001 Industrial Parkway, PO Box 569,McDonough GA 30253.

From: Shipper Address(Origin):140460          To: Consignee Address(Destination):140466
TRANSFORM                                          EAST ANN DEVELOPMENT
11857 BAY RIDGE DRIVE                              611 HIGHWAY 899
BURLINGTON,WA,98233                                CLE ELUM,WA,98922
9607898190                                         9086741817

RECEIVED the property described herein in apparent good order,except as noted...

FOR PAYMENT, SEND BILL TO:                     REMIT C.O.D
EAST ANN DEVELOPMENT @
P O BOX 695
CLE ELUM, WA,98922

| NO | Description 14'X72'FEX12'16 | Weight | Rate | Miles | Total |
|----|------------------------------|--------|------|-------|-------|
|    |                              |        |      | 150   |       |

Act of God: if shipper endorses Act of God waiver, put 'no' here.
Limits for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing, not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00) $_____  Parted: _____
...
Signed: _____
Shipper or Agent: ...                                    Date: 9/11/08
...Bennett Truck Transport,LLC (I/he Shipper),Need Pre Sale,Signed: _____        Date: _____

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $:         $                $                $

Subject to Section 7 of conditions if this shipment is to be delivered to the consignee without recourse on the consignor,the consignor shall sign the following statement...

Signature of Consignor: _____

Delivery Release: I inspect the Carrier pack and at delivery slip and I release Carrier and Delay from any damages resulting from all void packing,which could be total destruction Signature: _____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claim for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier.

SHIPPER                    CARRIER                    CONSIGNEE
PER:                       PER: *Ed Ludwig*           PER:

023

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # CMS - 00237-42 and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 75 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 66 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released value. PROVIDED, HOWEVER, the released value and waiver hereunder shall not apply in the event damage is incurred to the Unit due solely to CARRIER's negligence or the mechanical failure of CARRIER's equipment.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: _____

CARRIER:
Bennett Truck Transport, LLC

By: _____

024

Remit To:   Bennett Truck Transport, LLC
            P.O. Box 100005
            McDonough, GA  30253-9305
            MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA -12517

| Invoice Date: | Invoice Number: |
|---|---|
| 15-SEP-08 | 2306800-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 19 2008
BY: --------------------

Page   1   of   1

Tel. # :  (800) 866-5500   (770) 957-1866
Fax # :  (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-01 | | 480221 | |

Driver Name:  JAMES SOLER                    Date Shipped: 11-SEP-08

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 1 | 14'5X75'6X12'10 | 0 | 688.00 FLT | 688.00 |
| | FSC | | 405.00 FLT | 405.00 |
| | PERMITS | | 15.00 FLT | 15.00 |
| | SPOTTING CHARGE | | 383.00 FLT | 383.00 |
| | MOTEL | | 93.50 FLT | 93.50 |
| | DEADHEAD MILES | | 100.00 FLT | 100.00 |
| | AHM PILOTS WERE USED | | | |

Job:  08-009
Code: 01-626
Price: 1684⁵⁰  tax ?
POSTED
Initials: AH

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►          **1,684.50**

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-01
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Tax ?

Job:  08-009
Code:
Price:
Initials:

Please send payments to.

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

| | |
|---|---|
| Invoice Number: | 2306800-00 |
| Invoice Date: | 15-SEP-08 |
| Payment Due Date: | 30-SEP-08 |
| Total Amount Due: | 1,684.50 |
| Amount Enclosed: | _____ |

025
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 9-11-08 / 9-12-08
Terminal:RWA
Load :2306800
SERIAL #: 008-88037-01
PO#/HUD#

Driver: JAMES SOLEN
Truck: 48022/
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and desined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 14'5X75'6X12'10 | Weight | Rate | Miles | Total |
|----|------------------------------|--------|------|-------|-------|
| | | | | 150 | 1684.50 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (if No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :     PREPAID :     COLLECT :     THIRD PARTY :
COD AMT $     $          $          $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
X Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:  NOTS

CARRIER
PER:  Jem Solu

CONSIGNEE
PER:  NOTS

026
AHM

Date : 09/11/08
Terminal:RWA
Load :2305600
SERIAL #: 008-85037-01
PO#/HUD#

Driver:LUCIANED  Jim SOLER
Truck:416029
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600362
MC-ICC 265766

From:   Shipper Address(Origin):140450
   TRANSFORM
   11857 BAY RIDGE DRIVE
   BURLINGTON,WA,98233
   3607559130

To:   Consignee Address(Destination):140455
   EAST AHM DEVELOPEMENT
   611 HIGHWAY 903
   CLE ELUM,WA,98922
   8096741517

RECEIVED the property described below,in apparent good order, except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above, which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination,it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Tariff Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
   EAST AHM DEVELOPMENT @
   P O BOX 569
   CLE ELUM,WA,98922
   0

REMIT C.O.D

| NO | Description 14'8X76X12'10 | Weight | Rate | Miles 150 | Total |
|----|----------------------------|--------|------|-----------|-------|
|    |                            |        |      |           |       |

Act of God: If shipper declines Act of God waiver,put her here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on the Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained_there in transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____   Date:_9/12/08_
Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein.Bennett Truck Transport,LLC (If No Signature,Need Pro Bill).Signed:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls, permits and state fees as per applicable tariff.

| C.O.D.FEE : PREPAID : | COLLECT : | THIRD PARTY : |
|------------------------|-----------|---------------|
| COD AMT $              | $         | $             |

Subject to section 7 of conditions if this shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release : I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Soler

CONSIGNEE
PER:_____

027
AHM

Sep 12 2008 10:47AM  Hansell Mitzel Homes        5096749536              P.1

# RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _ϕϕℇ-ℇℇϕ37-ϕ1_ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 75 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 66 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released value. **PROVIDED, HOWEVER, the released value and waiver hereunder shall not apply in the event damage is incurred to the Unit due solely to CARRIER's negligence or the mechanical failure of CARRIER's equipment.**

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _12_ day of September, 2008.

CONSIGNOR/CONSIGNEE:                         CARRIER:
East AHM Development                          Bennett Truck Transport, LLC

By: _____                By: _____

028
AHTT
http://hansellmitzel.com/exchange/jeff/labox/BTT AHM Development RELEASED VALUE-CARGO INSURANCE WAIVER090808.doc EML/1_multipart_xF8FF_2_BTT AHM Development RELEASED VALUE-CARGO INSURANCE WAIVER090808.doc C58 EA2BC-18C0-4497-9AF2-036E93DDAFB3/BTT AHM Development RELEASED VALUE-CARGO INSURANCE WAIVER090808.doc Page 1 of 2

01/16/2008 22:33 FAX

Remit To: Ben ett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 22-SEP-08 | 2309590-00 |

**Shipper**

0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**

12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**

0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 2 6 2008

BY:........................

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-03 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER

Date Shipped:  19-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 358.00 | FLT | 358.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 390.00 | FLT | 390.00 |
| | MOTEL | | 100.00 | FLT | 100.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 600.00 | FLT | 600.00 |
| | USED AHM PILOTS | | | | |
| | TRANSFORM DOWN TIME | | | | |
| | $600.00 | | | | |

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►   | 2,251.00 |

Currency: USD

---------------------------------------------------------------

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-03
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

POSTED

Job: 08-009
Code: 01-626
Price: $2251.00
Initials: [signature]

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Invoice Number: | 2309590-00 |
|---|---|
| Invoice Date: | 22-SEP-08 |
| Payment Due Date: | 07-OCT-08 |
| Total Amount Due: | 2,251.00 |
| Amount Enclosed: | _____ |

029
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/19/08 + 9-20-08
Terminal:RWA
Load :2309590
SERIAL #: 008-88037-03
PO#/HUD#

Driver: JAMES SOLER
Truck: 480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 127X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 2251.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relese terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____, _____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          ↓    $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Soler

CONSIGNEE
PER:_____

030
AHM

002

01/23/2008 21:07 FAX

03

Date : 09/19/08   +9-20-08
Terminal:RWA
Load :2309590
SERIAL #: 008-88037-08
PO#/HUD#

Driver: Jim SOLER
Truck: 480-221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway,PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 127X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 191 | |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding:Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :   PREPAID :   COLLECT :   THIRD PARTY :
COD AMT $        $      $      $

Subject to section 7 of conditions if this shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid(unless all lawful charges have been paid to carrier

SHIPPER
PER:

CARRIER
PER:

CONSIGNEE
PER:

[Ø003

01/23/2008 21:08 FAX

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 22-SEP-08 | 2307492-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 2 9 2008

BY:

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-18 | | 418029 | |

Driver Name:   EDWARD LUDWIG

Date Shipped:  19-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 480.00 | FLT | 480.00 |
| | INSURANCE SURCHARGE | | 58.00 | FLT | 58.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | FSC | | 358.00 | FLT | 358.00 |
| | TRAILER PAY | | 150.00 | FLT | 150.00 |
| | SPOTTING CHARGE | | 390.00 | FLT | 390.00 |
| | MOTEL | | 100.00 | FLT | 100.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 195.00 | FLT | 195.00 |
| | USED AMH PILOTS | | | | |
| | TRANSFORM WAIT TIME $195.00 | | | | |

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶   1,846.00

Currency: USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-18
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

POSTED

Job: 08-009
Code: 01-626
Price: $1446.00
Initials: CH

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

| Invoice Number: | 2307492-00 |
|---|---|
| Invoice Date: | 22-SEP-08 |
| Payment Due Date: | 07-OCT-08 |
| Total Amount Due: | 1,846.00 |
| Amount Enclosed: | |

032
AHM

Sep 22 2008 11:32AM   HP LASERJET FAX                                    p.2

Date: 9-19-08 + 9-20-08                                    Driver: Ed Ludwig
Terminal: RWA                                              Truck: 418029
Load :2307492                                             Unit:
SERIAL #: 008-88037-18                                    C.O.D Amount:
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI          US DOT : 900382
        a division of Bennett Truck Transport.LLC.                                           MC-ICC 285766
        1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

From:   Shipper Address(Origin):140460           To:   Consignee Address(Destination):140455
        TRANSFORM                                       EAST AHM DEVELOPEMENT
        11857 BAY RIDGE DRIVE                           611 HIGHWAY 903
        BURLINGTON,WA,98233                             CLE ELUM,WA,98922
        3607559130                                      5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and
destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the
property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said
destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time
interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traff.Shipper
hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT. SEND BILL TO:                               REMIT C.O.D
        EAST AHM DEVELOPMENT @
        P O BOX 569
        CLE ELUM,WA,98922
        0

| NO | Description<br>15X72X12'10 | Weight | Rate | Miles<br>150 | Total<br>1846.00 |
|----|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the
unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a
value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of
Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and
equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and
conditions hereof:Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein,Bennett Truck
Transport,LLC (if No Signature,Need Pro Bill#):Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay on/shipper's equipment as per Section K(d)of
Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
    C.O.D.FEE :          PREPAID :           COLLECT :          THIRD PARTY :
        COD AMT $            $                 $                 $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor
shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other
lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off
road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay
will be paid unless all lawful charges have been paid to carrier
    SHIPPER                     CARRIER                      CONSIGNEE
    PER:_____      PER: Ed Ludwig               PER:_____

033
AHM

18

Date: 9-19-08
Terminal: RWA
Load :2307492
SERIAL #: 008-88037-18
PO#/HUD#

Driver: Ed Ludwig
Truck: 48029
Unit: # 18
C.O.D Amount

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
    a division of Bennett Truck Transport,LLC.
    1001 Industrial Parkway,PO Box 569,McDonough GA 30253.

US DOT : 500382
MC-ICC 285766

From:  Shipper Address(Origin):140460
    TRANSFORM
    11657 BAY RIDGE DRIVE
    BURLINGTON,WA,98233
    3607559130

To:  Consignee Address(Destination):140455
    EAST AHM DEVELOPMENT
    811 HIGHWAY 903
    CLE ELUM,WA,98922
    5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Tariff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
    EAST AHM DEVELOPMENT @
    P O BOX 669
    CLE ELUM,WA,98922
    0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
|  | 15X72X12'10 |  |  | 150 |  |

Act of God: If shipper declines Act of God waiver, put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive,Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein,Bennett Truck Transport,LLC (if No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section K(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT: | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon,No claims for any loss,damage,injury or delay will be paid unless all lawful charges here been paid to carrier

| SHIPPER PER: | CARRIER PER: Ed Ludwig | CONSIGNEE PER: |
|---|---|---|

034
AHM

N/A



Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 23-SEP-08 | 2307498-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page 1 of 1

RECEIVED
SEP 2 9 2008

Tel # : (800) 866-5500  (770) 957-1866
Fax # : (800) 866-4420  (770) 957-7634

BY: -------------------

Div: 12

| B/L Number: 008-88037-17 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name: JAMES SOLER                Date Shipped: 22-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 358.00 | FLT | 358.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 390.00 | FLT | 390.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | USED AHM PILOTS | | | | |
| | DOWN TIME TRANSFORM | | | | |
| | 65.00 | | | | |

Job: 08-009
Code: 01-626
Price: $1616.00
Initials: JH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ➤    1,616.00

Currency: USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.: 008-88037-17
Bill To: 0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

Invoice Number: 2307498-00
Invoice Date: 23-SEP-08
Payment Due Date: 08-OCT-08

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305

Total Amount Due: 1,616.00
Amount Enclosed: _____

035
AHM

*YOUR HIGHWAY TO THE WORLD*

Date: 9-22-08
Terminal:RWA
Load :2307498
SERIAL #: 008-88037-17
PO#/HUD#

Driver: Jim Soler
Truck: 480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 12'7X72X12'10 | Weight | Rate | Miles 150 | Total 00 16 16 |
|----|----|----|----|----|----|

Act of God: If shipper declines Act of God waiver,put 'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,Is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section 1(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Soler

CONSIGNEE
PER:_____

002

17

| | | |
|---|---|---|
| Date: 9-19-08<br>Terminal:RWA<br>Load :2307498<br>SERIAL #: 008-88037-17<br>PO#/HUD# | **STRAIGHT BILL OF LADING**<br>ORIGINAL — NOT NEGOTIABLE | Driver: Jim SOGER<br>Truck: 480-221<br>Unit:<br>C.O.D Amount: |

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI<br>a division of Bennett Truck Transport,LLC.<br>1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | US DOT : 600382<br>MC-ICC 285766 |
|---|---|

| From:   Shipper Address(Origin):140480<br>TRANSFORM<br>11857 BAY RIDGE DRIVE<br>BURLINGTON,WA,98233<br>3607559130 | To:   Consignee Address(Destination):140455<br>EAST AHM DEVELOPEMENT<br>611 HIGHWAY 903<br>CLE ELUM,WA,98922<br>5096741517 |
|---|---|

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO:<br>    EAST AHM DEVELOPMENT @<br>    P O BOX 669<br>    CLE ELUM,WA,98922<br>    0 | REMIT C.O.D |
|---|---|

| NO | Description<br>12'7X72X12'10 | Weight | Rate | Miles<br>150 | Total<br>1616.00 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively.Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____    Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____    Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE :    PREPAID :    COLLECT :    THIRD PARTY : |
|---|
| COD AMT $         $           $            $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER<br>PER: | CARRIER<br>PER: | CONSIGNEE<br>PER: |
|---|---|---|

037
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # 00 8-88037-17 and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: _____

CARRIER:
Bennett Truck Transport, LLC

By: _____

C:\DOCUME~1\Chris\LOCALS~1\Temp\BTT\AHM\Development\RELEASED VALUE-CARGO INSURANCE WAIVER090908.doc

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

RWA-12517

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 23-SEP-08 | 2307493-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPOMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 2 9 2008
BY:---------------

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

| B/L Number: 008-88037-19 | Miles: | Truck: 418029 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:   EDWARD LUDWIG                                    Date Shipped: 22-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'575'6X12'10 | 0 | 480.00 | FLT | 480.00 |
| | INSURANCE SURCHARGE | | 58.00 | FLT | 58.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | TRAILER PAY | | 150.00 | FLT | 150.00 |
| | LABOR & MATERIAL | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | FSC | | 358.00 | FLT | 358.00 |
| | AHM ESCORT USED. | | | | |
| | TRANSFORM 65.00 | | | | |

Job: 08-009
Code: 01-626
Price: $1706
Initials: 9H

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►   1,706.00

Currency:  USD

---

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-19
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

| Invoice Number: | 2307493-00 |
|---|---|
| Invoice Date: | 23-SEP-08 |
| Payment Due Date: | 08-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:   1,706.00

Amount Enclosed: _____

039
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Sep 23 2008 11:15AM   HP LASERJET FAX                                    P.2

Date **9-22-08**                                    Driver: **Ed Ludwig**
Terminal:RWA                                        Truck:
Load :2307493                                       Unit: **418029**
SERIAL #: 008-88037-19                              C.O.D Amount
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Bennett Transport, Inc.,(SCAC) BTTI         US DOT : 600382
a division of Bennett Truck Transport,LLC.                                                 MC-ICC 285766
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

From:   Shipper Address(Origin):140460        To:   Consignee Address(Destination):140455
        TRANSFORM                                   EAST AHM DEVELOPEMENT
        11657 BAY RIDGE DRIVE                       611 HIGHWAY 903
        BURLINGTON,WA,98233                         CLE ELUM,WA,98922
        3607559130                                  5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and
destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the
property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said
destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time
interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traff.Shipper
hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:                    REMIT C.O.D
        EAST AHM DEVELOPMENT @
        P O BOX 569
        CLE ELUM,WA,98922
        0

| NO | Description | Weight | Rate | Miles | Total |
|----|-------------|--------|------|-------|-------|
|    | 14'5 X 75 X 12'10 |    |      | 150 | 1706.00 |

Act of God: If shipper declines Act of God waiver,put"no"here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the
unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a
value not exceeding Two Hundred Fifty Dollars($250.00),$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of
Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and
equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and
conditions hereof.Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein,Bennett Truck
Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of
Terms and Condition(2)tolls,permits and state fees as per applicable tariff.

        C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
        COD AMT $          $                $                $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor
shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other
lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off
road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay
will be paid unless all lawful charges have been paid to carrier
SHIPPER                        CARRIER                        CONSIGNEE
PER:_____           PER: **Ed Ludwig**              PER:_____

040
AHM

ꝺ002                                                                01/24/2008 21:09 FAX

19

| Date 9-22-08 | | Driver: |
| --- | --- | --- |
| Terminal:RWA | | Truck: |
| Load :2307493 | | Unit: |
| SERIAL #: 008-85037-19 | | C.O.D. Amount: |
| PO#/HUD# | | |

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| CARRIER :Bennett Truck Transport LLC.,including Bennett Transport, Inc.,(SCAC) BTTI | US DOT : 500382 |
| --- | --- |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

| From:  Shipper Address(Origin):140480 | To:   Consignee Address(Destination):140455 |
| --- | --- |
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607669130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to its usual place of delivery of said destination,if on its route otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 181 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
| --- | --- |
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description | Weight | Rate | Miles | Total |
| --- | --- | --- | --- | --- | --- |
| | 1415 X 75 X 1240 | | | 150 | 1706. |

Act of God: If shipper declines Act of God waiver,put"no" here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contror terms and conditions thereof.Signed:_____                                 Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____                            Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
| --- | --- | --- | --- |
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damage resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all freight charges have been paid to carrier

| SHIPPER | CARRIER | CONSIGNEE |
| --- | --- | --- |
| PER: | PER: | PER: |

041
AHM

Sent By: Bennett Truck Transport;          603 981 4094;        Sep-11-08   2:04PM;        Page 1/1
To: BMT SEATAC          At: 12008708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

008-38031-17      In consideration of, and in connection with, the transportation of modular condominium unit - #
008-38031-17 and any components thereof or contents therein (the "UNIT") for East AHM Development (the
"CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a
mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge
Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922
for intended installation into a complex with other modular condominium units on or about mid September 2008,
Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released
Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long
and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and
therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to
perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations,
indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE
on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being
released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing
offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate.
Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo
insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or
damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be
subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's
maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released
value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or
contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or
business interruption, or for any consequential, incidental, indirect or special damages; (iii)
CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the
packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv)
CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible,
safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE
waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend
and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's
distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies
allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and
conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the
advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of
one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September,
2008.

CONSIGNOR/CONSIGNEE:                          CARRIER:
East AHM Development                          Bennett Truck Transport, LLC

By: _____                          By: _____

042
AHM

900

01/24/2008 21:10 FAX

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BTT**
**Bennett**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 25-SEP-08 | 2309591-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

RECEIVED
SEP 2 9 2008
BY:_____

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

Page  1  of  1

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # :  (800) 866-5500   (770) 957-1866
Fax # :  (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-06 | | 418029 | |

Driver Name:  EDWARD LUDWIG                    Date Shipped: 24-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 358.00 | FLT | 358.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 455.00 | FLT | 455.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

Job: 08-008
Code: 01-626
Price: $1616.°°
Initials: CH   POSTED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT** ►                 | 1,616.00 |

Currency:  USD

···········································································
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-06
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

| Invoice Number: | 2309591-00 |
|---|---|
| Invoice Date: | 25-SEP-08 |
| Payment Due Date: | 10-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:        1,616.00
Amount Enclosed: _____

043
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/20/08
Terminal:RWA
Load :2309591
SERIAL #: 008-88037-06
PO#/HUD#

Driver: *Ed Ludwig*
Truck: *418029*
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

| From: | Shipper Address(Origin):140460 | To: | Consignee Address(Destination):140455 |
|---|---|---|---|
| | TRANSFORM | | EAST AHM DEVELOPEMENT |
| | 11857 BAY RIDGE DRIVE | | 611 HIGHWAY 903 |
| | BURLINGTON,WA,98233 | | CLE ELUM,WA,98922 |
| | 3607559130 | | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being undersiood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
  EAST AHM DEVELOPMENT @
  P O BOX 669
  CLE ELUM,WA,98922
  0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 13'7"X72X12'10 | | | 150 | 16|6.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related diractly to pay or/shipper's equipment as per Section l(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :          COLLECT :          THIRD PARTY :
  COD AMT $          $  .               $                  $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER          CARRIER                         CONSIGNEE
PER:_____  PER: *Ed Ludwig*               PER:_____

044
AHM

01/25/2008 18:55 FAX                                          ☒001

06

✗ Driver: Ed Ludwig
Date : 09/30/08                                    4 Truck: 418079
Terminal :RWA                                        Unit : 06
Load :2308591                                        C.O.D Amount:
SERIAL #: 008-98037-09
FORM:UD9

**STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

CARRIER :Bennett Truck Transport LLC.,including Bennett Transport, Inc.,(BCAC) BTTI          US DOT : 600382
           a division of Bennett Truck Transport,LLC.                                        MC-ICC 226788
           1001 Industrial Parkway,PO Box 569,McDonough GA 30253.

From:   Shipper Address(Origin):140480          To :  Consignee Address(Destination):140485
        TRANSFORM                                     EAST AHM DEVELOPMENT
        11387 BAY RIDGE DRIVE                          911 HIGHWAY 903
        BURLINGTON,WA,98233                            CLE ELUM,WA,98922
        3607560130                                     5098741517

FOR PAYMENT, SEND BILL TO:                      REMIT C.O.D
        EAST AHM DEVELOPMENT @
        P O BOX 698
        CLE ELUM,WA,98922

| NO | Description | Weight | Rate | | Total |
|----|-------------|--------|------|------|-------|
| 0  | 12X7X12F10  |        |      | 150  | 1616.00 |

Terms and Conditions: tolls,permits and state fees as per applicable tariff.

|               | PREPAID : | COLLECT : | THIRD PARTY : |
|---------------|-----------|-----------|---------------|
| C.O.D.FEE $   |   $       |   $       |   $           |
| COD AMT $     |           |           |               |

SHIPPER                    CARRIER                    CONSIGNEE
PER:                       PER: Ed Ludwig             PER:

045
AHM

01/25/2008 18:57 FAX                                          @002

It By: Bennett Truck Transport;        508 981 4094;      Sep-11-08  2:04PM;      Page 1/1
| SMT SEATAC              At: 12088708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - 5 and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 649, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about said September 2008. Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 80 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER, for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC (§14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                    CARRIER:
East AHM Development                    Bennett Truck Transport, LLC

By: ........................             By: Ed Lindbergh

46
AHM

P.02

01/25/2008 22:33 FAX                SEP-25-2008 06:37 AM
@005



Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 26-SEP-08 | 2309593-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page   1   of   1

RECEIVED
OCT 0 2 2008
BY:.....................

Tel # : (800) 866-5500     (770) 957-1866
Fax # : (800) 866-4420     (770) 957-7634

Div: 12

| B/L Number: 008-88037-07 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:   JAMES SOLER                                    Date Shipped:  25-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.50 | FLT | 401.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | USED AHM PILOTS | | | | |
| | TRANSFORM DOWN TIME | | | | |
| | 65.00 | | | | |

Job: 08-009
Code: 01-626
Price: $1749.50
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**

| | 1,749.50 |
|---|---|
| Currency: | USD |

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-07
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| Invoice Number: | 2309593-00 |
|---|---|
| Invoice Date: | 26-SEP-08 |
| Payment Due Date: | 11-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Total Amount Due: | 1,749.50 |
|---|---|
| Amount Enclosed: | _____ |

047
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 9-25-08
Terminal:RWA
Load :2309593
SERIAL #: 008-88037-07
PO#/HUD#

Driver: Jim Soler
Truck: 480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apperent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles 150 | Total 1745,50 |
|----|------|--------|------|-------|-------|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$ _____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport.LLC (If No Signature,Need Pro Bill#) Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :       COLLECT :       THIRD PARTY :
COD AMT $               $                $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a legal document for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                    CARRIER                    CONSIGNEE
PER:_____        PER:_____        PER:_____

*O7*

Date : 09/20/08
Terminal:RWA
Load :2309593
SERIAL #: 008-88037-07
PO#/HUD#

Driver: *JIM SOLER*
Truck: *480-221*
Unit:
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:  Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:  Consignee Address(Destination):140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT ☺
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles *150* | Total *1745,* *50* |
|----|----|----|----|----|----|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on the Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or release terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :       COLLECT :       THIRD PARTY :
COD AMT $       $       $       $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages,unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER | CARRIER | CONSIGNEE |
|----|----|----|
| PER:_____ | PER:_____ | PER:_____ |

*Jim / hr. + the EO*

049
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # 00888037-07 and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: _____

CARRIER:
Bennett Truck Transport, LLC

By: _____

C:\DOCUME~1\Clerk\LOCALS~1\Temp\BMT AHM Development\RK EASRD VALUE-CARGO INSURANCE WAIVER099808.doc

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 26-SEP-08 | 2309594-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page   1   of   1

**RECEIVED**
OCT 0 2 2008

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

BY: ......................

Div: 12

| B/L Number:<br>008-88037-08 | Miles: | Truck:<br>418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG

Date Shipped:  25-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X67X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 282.00 | FLT | 282.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 300.00 | FLT | 300.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | USED AHM PILOTS | | | | |
| | TRANSFORM DOWN TIME | | | | |
| | 65.00 | | | | |

Job: 08-009
Code: 01-626
Price: $1360.°°
Initials: JH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶    1,360.00

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:    008-88037-08
Bill To:    0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Invoice Number:    2309594-00
Invoice Date:    26-SEP-08
Payment Due Date:    11-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Total Amount Due:    1,360.00

Amount Enclosed: _____

051
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 9-25-06
Terminal:RWA
Load :2309594
SERIAL #: 008-88037-08
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON, WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 11X67X12'10 | Weight | Rate | Miles 150 | Total 1360.00 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00),$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any) or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#),Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :      PREPAID :      COLLECT :      THIRD PARTY :
COD AMT $        $              $              $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER:_____

052
AHM

SEP-27-2008 02:33 AM                                                          P.01

08

Date : 09/20/08.
Terminal:RWA
Load :2309584
SERIAL #: 008-39037-00
POS/HUD9

Driver: Ed Ludwig
Truck: 418029
Unit: 08
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Bennett Transport, Inc.,(BOAC) BTTI          US DOT : 600382
a division of Bennett Truck Transport,LLC.                                                   MC-ICC 296766
1001 Industrial Parkway ,PO Box 398,McDonough GA 30253.

From:  Shipper Address(Origin):140480                To:  Consignee Address(Destination):140455
       TRANSFORM                                          EAST AHM DEVELOPMENT
       11887 BAY RIDGE DRIVE                              911 HIGHWAY 906
       BURLINGTON,WF,98233                                CLE ELLUM,WA,98922
       3607559150                                         5098741817

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party of any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rates Tariff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rates Tariff.

FOR PAYMENT, SEND BILL TO:                          REMIT C.O.D
       EAST AHM DEVELOPMENT @
       P O BOX 998
       CLE ELUM,WA,98922
       0

| NO | Description 11X67X1210 | Weight | Rate | Miles 152 | Total 1360 00 |
|----|----|----|----|----|----|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively/Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  in/each transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of value(if any)and agree to the co(to)ear terms and conditions hereof Signed:_____                        Date:_____
Carrier Agent: Foregoing shipment subject to destination(if any)or raise terms and conditions herein.,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill)Signed:_____                        Date:_____
Payod(t)Shipper is liable for all(1)structural and mechanical failure related directly,to pay at(shipper's equipment as per section I(c)of Terms and Conditions(t)tolls,permits and state fees as per applicable tariff.
C.O.D.FEE :               PREPAID :          COLLECT :          THIRD PARTY :
   COD AMT $                  $                  $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted herein.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                   CARRIER                           CONSIGNEE
PER:_____      PER: Ed Ludwig                    PER:_____

053
AHM

01/27/2008 22:54 FAX                                                         ☒004

Sent By: Bennett Truck Transport;        808 981 4094;        Sep-11-08   2:04PM;        Page 1/1

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about said September 2008. Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 80 ft, and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §15100(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                              CARRIER:
East AHM Development                              Bennett Truck Transport, LLC

By: _____                     By: _Ed Rusberg_____


G:\DOCS\RE—NON\LEGALS—T\Transform\AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER(3).doc

054
AHM



Remit To:   Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 26-SEP-08 | 2309595-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED
OCT 0 2 2008
BY: ------------------

Tel. #  (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-9 | | 418029 | |

Driver Name:   EDWARD LUDWIG                    Date Shipped:  26-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 409.75 | FLT | 409.75 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 455.00 | FLT | 455.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | USED AHM PILOTS | | | | |
| | TRANSFORM DOWN TIME | | | | |
| | 65.00 | | | | |

Job:  08-009
Code: 01-626
Price: $1732.75
Initials: *[handwritten]*

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ▶**   1,732.75

Currency: USD

---

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-9
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2309595-00 |
| Invoice Date: | 26-SEP-08 |
| Payment Due Date: | 11-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| | |
|---|---|
| Total Amount Due: | 1,732.75 |
| Amount Enclosed: | _____ |

055
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 9-26-08
Terminal:RWA
Load :2309595
SERIAL #: 008-88037-9
PO#/HUD#

Driver: *Ed Ludwig*
Truck:
Unit: *418029*
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
|---|---|
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

| From: Shipper Address(Origin):140460 | To: Consignee Address(Destination):140455 |
|---|---|
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607559130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bil of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
|---|---|
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 13X72X12'10 | | | *150* | *1732.75* |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture Include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :    PREPAID :    COLLECT :    THIRD PARTY :

COD AMT $    $    $    $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| PER:_____ | PER: *Ed Ludwig* | PER:_____ |

FROM : COTTAGE CAFE          FAX NO. : 1 509 674 5635          Sep. 26 2008 11:17AM  P1

9-26-08  #9

| Date : 09/23/08 | Driver: Ed Ludwig |
| Terminal:RWA | Truck: 418029 |
| Load :2309595 | Unit: #9 |
| SERIAL #: 008-88037-9 | C.O.D Amount: |
| PO#/HUD# | |

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennet Truck Transport,LLC. | MC-ICC:286788 |
| 1001 Industrial Parkway,PO Box 569,McDonough GA 30253. | |

| From:  Shipper Address(Origin):140480 | To:   Consignee Address(Destination):140485 |
| TRANSFORM | EAST AHM DEVELOPMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607589130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contact as meaning any person or corporation in possession of the property under the contract)agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Tariff,Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description 13X72X12'10 | Weight | Rate | Miles | Total |
|----|-------------|--------|------|-------|-------|
|    |             |        |      | 150   | 1732.75 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____          Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(If any)and agree to the contract terms and conditions hereof Signed:_____          Date:_____

Carrier Agent: Foregoing shipment subject to declaration(If any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro 50M).Signed:_____          Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section k(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier.

| SHIPPER | CARRIER | CONSIGNEE |
| PER: | PER: Ed Ludwig | PER: |

Sent By: Bennett Truck Transport;        503 981 4094;       Sep-11-08  2:04PM;        Page 1/1
To: BMT SEATAC                 At: 12068708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

#9    In consideration of, and in connection with, the transportation of modular condominium unit - # ___ and any components thereof or contents therein (the "UNIT" for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                         CARRIER:
East AHM Development                          Bennett Truck Transport, LLC


By: _____                          By: _____

C:\DOCUME~1\Client\LOCALS~1\Temp\WTY AHM Development\RLEASED VALUE CARGO INSURANCE WAIVER09916.doc

58
AHM

Remit To:  Bennett Truck Transport, LLC
           P.O. Box 100005
           McDonough, GA  30253-9305

RWA-12517

MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 29-SEP-08 | 2309597-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 0 3 2008
BY:

Page  1  of  1

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-11 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:   JAMES SOLER

Date Shipped:  26-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X67X12'10 | 0 | 680.00 | FLT | 680.00 |
|  | FSC |  | 200.00 | FLT | 200.00 |
|  | PERMITS |  | 15.00 | FLT | 15.00 |
|  | SPOTTING CHARGE |  | 300.00 | FLT | 300.00 |
|  | DEADHEAD MILES |  | 100.00 | FLT | 100.00 |
|  | DOWNTIME DRIVER |  | 65.00 | FLT | 65.00 |
|  | TRANSFORM  $65.00 |  |  |  |  |
|  | DOWNTIME |  |  |  |  |

Job:  08-009
Code: 01-626
Price: $1360.00
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ▶**    1,360.00

Currency:  USD

---

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-11
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Job:
Code:
Price:
Initials:

Please send payments to:

   **Bennett Truck Transport, LLC**
   **P.O. Box 100005**
   **McDonough, GA  30253-9305**

Invoice Number:   2309597-00
Invoice Date:   29-SEP-08
Payment Due Date:   14-OCT-08

Total Amount Due:   1,360.00
Amount Enclosed:

059
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 9-26-08
Terminal:RWA
Load :2309597
SERIAL #: 008-88037-11
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: Jim Soler
Truck:
Unit:
C.O.D Amount:

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

| From: | Shipper Address(Origin):140460 | To: | Consignee Address(Destination):140455 |
|---|---|---|---|
| | TRANSFORM | | EAST AHM DEVELOPEMENT |
| | 11857 BAY RIDGE DRIVE | | 611 HIGHWAY 903 |
| | BURLINGTON,WA,98233 | | CLE ELUM,WA,98922 |
| | 3607559130 | | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traift.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 11X67X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1360.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay of/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :      PREPAID :      COLLECT :      THIRD PARTY :
COD AMT $      $      $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER: OK per DOIV      CARRIER PER: Jim Sole      CONSIGNEE PER: OK PER DOIV

060
AHM

9-26-08

11

| | |
|---|---|
| Date: 9-26-08 | Driver: JIM SOLER |
| Terminal: RWA | Truck: 480-221 |
| Load :2309597 | Unit: |
| SERIAL #: 008-88037-11 | C.O.D Amount: |
| PO#/HUD# | |

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI a division of Bennett Truck Transport,LLC. 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | US DOT : 600382 MC-ICC 285766 |

| From:  Shipper Address(Origin):140460 | To:  Consignee Address(Destination):140455 |
|---|---|
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3807559130 | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
|---|---|
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description 11X67X12'10 | Weight | Rate | Miles 0 | Total |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier perk unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| PER: | PER: | PER: |

061
AHM



**Remit To:** Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 30-SEP-08 | 2307497-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 0 3 2008
BY:_____

Page  1  of  1

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-16 | | 480221 | |

Driver Name:  JAMES SOLER                    Date Shipped:  27-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X37X12'10 | 0 | 680.00 | FLT | 680.00 |
| | FSC | | 200.00 | FLT | 200.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 300.00 | FLT | 300.00 |
| | MOTEL | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 65.00 | FLT | 65.00 |
| | TRANSFORM  $65.00 | | | | |
| | DOWNTIME | | | | |

Job: *08-009*
Code: *01-626*
Price: *$1360.00*
Initials: *CH*

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►    | 1,360.00 |

Currency:  USD

······································································································
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-16
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:      2307497-00
Invoice Date:      30-SEP-08
Payment Due Date:   15-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:        1,360.00

Amount Enclosed: _____

062
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 9-27-08
Terminal:RWA
Load :2307497
SERIAL #: 008-88037-16
PO#/HUD#

Driver: JAMES SOLER
Truck:
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:    Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:    Consignee Address(Destination):140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|----|-------------|--------|------|-------|-------|
| | 11 X 37 X 12'10 | | | 150 | |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrarc terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)toils,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $          $   .            $               $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER:  OK per Don.

CARRIER PER:  Jim Solu

CONSIGNEE PER:  OK Per Don

063
AHM

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 06-OCT-08 | 2309596-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED
BY:

Page  1  of  1

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # :  (800) 866-5500     (770) 957-1866
Fax # :  (800) 866-4420     (770) 957-7634

Div: 12

| B/L Number: 008-88037-10 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG                    Date Shipped: 27-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

POSTED

**PAY THIS AMOUNT** ▶                          1,684.50

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-10
Bill To:    0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job: 08-009
Code: 01-626
Price: $1684.50
Initials: CH

| Invoice Number: | 2309596-00 |
|---|---|
| Invoice Date: | 06-OCT-08 |
| Payment Due Date: | 21-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:        1,684.50

Amount Enclosed: _____

064
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 9-27-08
Terminal:RWA
Load :2309596
SERIAL #: 008-88037-10
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: Ed Ludwig
Truck:
Unit: 418029
C.O.D Amount:

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway,PO Box 569,McDonough GA 30253. | |

From:   Shipper Address(Origin):140460
  TRANSFORM
  11857 BAY RIDGE DRIVE
  BURLINGTON,WA,98233
  3607559130

To:   Consignee Address(Destination):140455
  EAST AHM DEVELEPOMENT
  611 HIGHWAY 903
  CLE ELUM,WA,98922
  5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
  EAST AHM DEVELOPMENT @
  P O BOX 669
  CLE ELUM,WA,98922
  0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles 150 | Total 1684.50 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrect terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C,O,D.FEE :   PREPAID :   COLLECT :   THIRD PARTY :
  COD AMT $   $   $   $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER: OK Per Don

065
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

_10_        In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                        CARRIER:
East AHM Development                         Bennett Truck Transport, LLC

By: _OK Per DoN_____            By: _____

066
AHM

Remit To:  Bennett Truck Transport, LLC
           P.O. Box 100005
           McDonough, GA  30253-9305
           MC 28766

**BENNETT** *Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 30-SEP-08 | 2309598-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED
OCT 0 6 2008
BY: -------------------

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-14 | | 418029 | |

Driver Name:  EDWARD LUDWIG                          Date Shipped: 29-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X39X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: OH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶   **1,295.00**

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:  008-88037-14
Bill To:  0140320
          EAST AHM DEVELOPMENT @
          P O BOX 669
          CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

| | |
|---|---|
| Invoice Number: | 2309598-00 |
| Invoice Date: | 30-SEP-08 |
| Payment Due Date: | 15-OCT-08 |
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

067
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 9-24-08
Terminal:RWA
Load :2309598
SERIAL #: 008-88037-14
PO#/HUD#

Driver: Ed Ludwig
Truck: 418029
Unit:
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familer with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 13X39X12'10 | Weight | Rate | Miles | Total |
|----|-------------------------|--------|------|-------|-------|
|    |                         |        |      | 150   | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrcr terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER: OK Per DON
CARRIER PER: Ed Ludwig
CONSIGNEE PER: OK per Don

068
AHM



RWA-12517

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 30-SEP-08 | 2311431-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

Page  1  of  1

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 0 6 2008
BY: ------------------

Tel #  : (800) 866-5500    (770) 957-1866
Fax #  : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-20 | | 418029 | |

Driver Name:   EDWARD LUDWIG                      Date Shipped: 30-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 464.25 | FLT | 464.25 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

Job: 08-009
Code: 01-626
Price: #1667.25
Initials: CH

POSTED

**PAY THIS AMOUNT**  ▶        1,667.25

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.                Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-20
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Invoice Number:        2311431-00
Invoice Date:        30-SEP-08
Payment Due Date:        15-OCT-08

Please send payments to:                          Total Amount Due:        1,667.25

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Amount Enclosed: _____

069
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*