Date: *9-30-08*
Terminal:RWA
Load :2311431
SERIAL #: 008-88037-20
PO#/HUD#



**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: *Ed Ludwig*
Truck:
Unit: *418029*
C.O.D Amount:

---

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

---

From:    Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

---

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

---

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

---

| NO | Description 13X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | *150* | *1667.* *75* |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrcr terms and conditions hereof Signed:_____Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)ot Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $        $             $                  $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER: *OK Per Don*    CARRIER PER: *Ed Ludwig*    CONSIGNEE PER: *OK per Don*

Remit To:   Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 02-OCT-08 | 2312213-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page   1   of   1

RECEIVED
OCT 0 6 2008
BY: _____

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :   (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-22 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:   JAMES SOLER                          Date Shipped:  30-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X67X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM ESCORTS | | | | |

Job: *08-009*
Code: *01-626*
Price: *$1295.00*
Initials: *CH*

POSTED

**PAY THIS AMOUNT ▶**

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

| | 1,295.00 |
|---|---|
| | Currency:  USD |

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:    008-88037-22
Bill To:    0140320
              EAST AHM DEVELOPMENT @
              P O BOX 669
              CLE ELUM WA 98922

Invoice Number:      2312213-00
Invoice Date:      02-OCT-08
Payment Due Date:      17-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:      1,295.00

Amount Enclosed: _____

071
AHM

Date: 9-30-08
Terminal: RWA
Load: 2312213
Serial # : 008-88037-22
PO#/HUD#

Driver: JAMES SILER
Truck: 480221
Unit:



## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier of all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 11X67X12'10 | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $        $        $        $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER: OK Per DON

CARRIER
PER: Jim Siler

CONSIGNEE
PER: OK per Don

072
AHM

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 02-OCT-08 | 2312212-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 0 9 2008
BY: _____

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-21 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER                                   Date Shipped:  01-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1684.50
Initials: JH

POSTED

**PAY THIS AMOUNT** ▶         **1,684.50**

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

········································································
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:    008-88037-21
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2312212-00 |
| Invoice Date: | 02-OCT-08 |
| Payment Due Date: | 17-OCT-08 |
| Total Amount Due: | 1,684.50 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

073
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: *10-1-08*
Terminal:RWA
Load :2312212
Serial # : 008-88037-21
PO#/HUD#



Driver: *JAMES SOLERE*
Truck:
Unit: *48022*

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 15X72X12'10 | | | *150* | *1684.50* |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $                $                $

Subject to section 7 of conditions if the shipment ie to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER: *OK Per DON*     CARRIER PER: *Jim Sole*     CONSIGNEE PER: *OK Per Don*

074
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

*21*

In consideration of, and in connection with, the transportation of modular condominium unit - # and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                          CARRIER:
East AHM Development                          Bennett Truck Transport, LLC

By: *OK Per DON* _____                 By: _____

C:\DOCUME~1\Clark\LOCALS~1\Temp\NTT AHM Development\RLSD VALUE-CARGO INSURANCE WAIVER090908.doc

Remit To:   Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 02-OCT-08 | 2312214-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 0 6 2008
BY:

Page   1   of   1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-23 | | 418029 | |

Driver Name:   EDWARD LUDWIG                                    Date Shipped: 01-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 464.75 | FLT | 464.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1667.75
Initials: CH

POSTED

**PAY THIS AMOUNT** ➤     | 1,667.75 |

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-23
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Invoice Number:     2312214-00
Invoice Date:     02-OCT-08
Payment Due Date:     17-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:     1,667.75
Amount Enclosed: _____

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 10-1-08
Terminal:RWA
Load :2312214
Serial # : 008-88037-23
PO#/HUD#



Driver: Ed Ludwig
Truck:
Unit: 48029

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 13X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1667.75 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrcar terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $           $                $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER: OK Per Don        CARRIER PER: Ed Ludwig        CONSIGNEE PER: OK Per Don

077
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

*23*   In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:  
East AHM Development

CARRIER:  
Bennett Truck Transport, LLC

By: *OK Per DON*

By: _____

C:\DOCUME~1\Clark\LOCALS~1\Temp\BTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER090908.doc

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 02-OCT-08 | 2312217-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED
OCT 0 6 2008
BY: ------------------

Tel. # (800) 866-5500   (770) 957-1866
Fax # (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-25 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

| Driver Name:   JAMES SOLER | Date Shipped:  02-OCT-08 |
|---|---|

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X67X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1295°°
Initials: JH

POSTED

| PAY THIS AMOUNT ► | 1,295.00 |
|---|---|

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

..............................................................................................................................
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-25
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| Invoice Number: | 2312217-00 |
|---|---|
| Invoice Date: | 02-OCT-08 |
| Payment Due Date: | 17-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Total Amount Due: | 1,295.00 |
|---|---|
| Amount Enclosed: | _____ |

079
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-2-08
Terminal:RWA
Load :2312217
Serial # : 008-88037-25
PO#/HUD#

Driver: JAMES SOLER
Truck: 480221
Unit:



**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI<br>a division of Bennett Truck Transport,LLC.<br>1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | US DOT : 600382<br>MC-ICC 285766 |

From:   Shipper Address(Origin):140460
　　　TRANSFORM
　　　11857 BAY RIDGE DRIVE
　　　BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
　　　EAST AHM DEVELOPEMENT
　　　611 HIGHWAY 903
　　　CLE ELUM,WA,98922
　　　5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is famlier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
　　　EAST AHM DEVELOPMENT @
　　　P O BOX 669
　　　CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description<br>11X67X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1295,00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

　　　C.O.D.FEE :　　　PREPAID :　　　COLLECT :　　　THIRD PARTY :
　　　COD AMT $　　　　$　　　　　$　　　　　$

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Soli

CONSIGNEE
PER: OK Per Don

080
AHM

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 03-OCT-08 | 2312216-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
BY:

Page   1   of   1

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-24 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG                    Date Shipped: 02-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1684.50
Initials: TA

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**          1,684.50

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-24
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:      2312216-00
Invoice Date:      03-OCT-08
Payment Due Date:      18-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Total Amount Due:      1,684.50
Amount Enclosed: _____

081
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 09/29/08
Terminal:RWA
Load :2312216
Serial # : 008-88037-24
PO#/HUD#

Driver: *Ed Ludwig*
Truck:
Unit: *418029*

# STRAIGHT BILL OF LADING
## ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

| From: | Shipper Address(Origin):140460 | To: | Consignee Address(Destination):140455 |
|---|---|---|---|
| | TRANSFORM | | EAST AHM DEVELOPEMENT |
| | 11857 BAY RIDGE DRIVE | | 611 HIGHWAY 903 |
| | BURLINGTON,WA,98233 | | CLE ELUM,WA,98922 |
| | | | 5096741517 |

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D.

| NO | Description<br>15X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | *150* | *1684.50* |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER<br>PER:_____ | CARRIER<br>PER: *Ed Ludwig* | CONSIGNEE<br>PER: *OK Per DON* |
|---|---|---|

082
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

*24*          In consideration of, and in connection with, the transportation of modular condominium unit - # ____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: *OK Per Don*

CARRIER:
Bennett Truck Transport, LLC

By: _____

C:\DOCUME~1\Clerk\LOCALS~1\Temp\MTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER090908.doc

AHM

RWA-12517

**Remit To:** Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 03-OCT-08 | 2312219-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED
BY:_____

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-26 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER                Date Shipped:  03-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'2X34X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 464.75 | FLT | 464.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

POSTED

| PAY THIS AMOUNT | 1,667.75 |
|---|---|
| | Currency:  USD |

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

Job: 08-009

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-26
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

Code: 01-626
Price: $1667.75
Initials: CH

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:    2312219-00
Invoice Date:    03-OCT-08
Payment Due Date:    18-OCT-08

Total Amount Due:    1,667.75
Amount Enclosed: _____

084
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-3-08
Terminal:RWA
Load :2312219
Serial # : 008-88037-26
PO#/HUD#

Driver: JAMES SOLER
Truck: 48022
Unit:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 14'2X34'X12'10 | | | 150 | 1667.75 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.i declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $        $        $        $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER          CARRIER                              CONSIGNEE
PER:_____   PER: _Jim Sole_   PER: _OK Per Don_

085
AHM

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 03-OCT-08 | 2312220-00 |

**Shipper**

0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**

12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED

BY: -------------------

Page  1  of  1

**Bill To**

0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # :  (800) 866-5500   (770) 957-1866
Fax # :  (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-27 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG                                    Date Shipped:  03-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 10'10X27X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

**PAY THIS AMOUNT**                              1,295.00

Payment within 15 days, per I.C.C. Regulations.                                    Currency:  USD
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-27
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: CH

| | |
|---|---|
| Invoice Number: | 2312220-00 |
| Invoice Date: | 03-OCT-08 |
| Payment Due Date: | 18-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| | |
|---|---|
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

086
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-3-08
Terminal:RWA
Load :2312220
Serial # : 008-88037-27
PO#/HUD#

Driver: *Ed Ludwig*
Truck: 418029
Unit:



## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:                    REMIT C.O.D
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

| NO | Description 10'10X27X12'10 | Weight | Rate | Miles 150 | Total 1295.00 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.i declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
    C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
    COD AMT $        $            $            $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER:_____ | CARRIER PER: *Ed Ludwig* | CONSIGNEE PER: *OK Per Don* |
|---|---|---|

087
AHM

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BTT**
**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 06-OCT-08 | 2312223-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED
BY:

Page  1  of  1

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-28 | | 418029 | |

Driver Name:  EDWARD LUDWIG

Date Shipped:  04-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X39X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 85.00 | FLT | 85.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED 1 C&H PILOT TO HWY. | | | | |
| | USED 1 AHM PILOTS | | | | |

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**

1,380.00

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-28
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Job: *08-009*
Code: *01-626*
Price: *$1380.00*
Initials: *CH*

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| | |
|---|---|
| Invoice Number: | 2312223-00 |
| Invoice Date: | 06-OCT-08 |
| Payment Due Date: | 21-OCT-08 |
| Total Amount Due: | 1,380.00 |
| Amount Enclosed: | _____ |

088
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-4-08
Terminal:RWA
Load :2312223
Serial # : 008-88037-28
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit: 418029

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:  Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:  Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 13X39X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1380.00 |

Act of God: If shipper declines Act of God waiver,put'no' here: _____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____  Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize the Carrier park unit and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____  Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____  Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER: OK Per Don

089
AHM

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

RWA-12517

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 06-OCT-08 | 2312225-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED

BY: _____ Page _1_ of _1_

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

| B/L Number: 008-88037-29 | Miles: | Truck: 480221 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:  JAMES SOLER

Date Shipped:  04-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X42X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 291.25 | FLT | 291.25 |
| | SPOTTING CHARGE | | 464.75 | FLT | 464.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | AHM PILOT 1 TO HWY. | | | | |
| | C&H ALL THE WAY | | | | |

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ➤ | 1,959.00

Currency:  USD

08-009

To ensure proper credit, please detach this portion and return with remittance.

JOB:
Code: 01-626
Price: $1959.00
Initials: OH

BOL No.:   008-88037-29
Bill To:    0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| Invoice Number: | 2312225-00 |
|---|---|
| Invoice Date: | 06-OCT-08 |
| Payment Due Date: | 21-OCT-08 |

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Total Amount Due:      1,959.00
Amount Enclosed: _____

090
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-4-08
Terminal:RWA
Load :2312225
Serial # : 008-88037-29
PO#/HUD#



Driver: JAMES SoLer
Truck: 480221
Unit:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,If on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 15X42X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
|  |  |  |  | 150 | 1959.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER:_____ | CARRIER PER: _Jim Sole_ | CONSIGNEE PER: _OK Per Don_ |
|---|---|---|

C+H all the Way

091
AHM

Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 06-OCT-08 | 2312226-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

RECEIVED

Page  1  of  1

BY: _____

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-30 | | 418029 | |

Driver Name:   EDWARD LUDWIG

Date Shipped:  05-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X37X12'10 | 0 | 680.00 | FLT | 680.00 |
| | FSC | | 200.00 | FLT | 200.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 300.00 | FLT | 300.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

POSTED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT** ▶ | 1,295.00

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-30
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

08-009
Job: _____
Code: 01-626
Price: $1295.00
Initials: GK

| | |
|---|---|
| Invoice Number: | 2312226-00 |
| Invoice Date: | 06-OCT-08 |
| Payment Due Date: | 21-OCT-08 |
| | |
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

092
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: *10-5-08*
Terminal: RWA
Load #: 2312226
Serial # : 008-88037-30
PO#/HUD#

Driver: *Ed LuDwig*
Truck:
Unit: *418029*

## STRAIGHT BILL OF LADING
### ORIGINAL – NOT NEGOTIABLE

CARRIER : Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,If on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 11X37X12'10 | Weight | Rate | Miles *150* | Total *1295.00* |
|----|-------------------------|--------|------|-------|-------|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____                    Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____           Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|-------------|-----------|-----------|---------------|
| COD AMT $   | $         | $         | $             |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: *Ed Ludwig*

CONSIGNEE
PER: *OK Per Don*

093
AHM

RWA -12517

**Remit To:** Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 06-OCT-08 | 2312228-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED

Page  1  of  1

BY: .................................

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-31 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG                                  Date Shipped:  06-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 450.00 | FLT | 450.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 414.75 | FLT | 414.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1667.75
Initials: *[handwritten]*

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**       1,667.75

Currency:  USD

·················································································
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-31
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2312228-00 |
| Invoice Date: | 06-OCT-08 |
| Payment Due Date: | 21-OCT-08 |
| | |
| Total Amount Due: | 1,667.75 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

094
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-6-08
Terminal:RWA
Load :2312228
Serial # : 008-88037-31
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit: 418029

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 12'7X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 1667.75 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____  Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____  Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____  Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                    CARRIER                         CONSIGNEE
PER:_____     PER: Ed Ludwig                  PER: OK Per Don

095
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payor of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement.  Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.


CONSIGNOR/CONSIGNEE:                         CARRIER:
East AHM Development                         Bennett Truck Transport, LLC


By: _____                    By: _OK Per Don_

C:\DOCUME~1\Chet\LOCALS~1\Temp\BMT\AHM Development\RLEASED VALUE-CARGO INSURANCE WAIVER090908.doc

Remit To!
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 08-OCT-08 | 2312229-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 14 2008
BY: ........................

Page 1 of 1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-32 | Miles: | Truck: 416817 | Trailer: |
|---|---|---|---|

Driver Name:  DAVID HYNDMAN                                Date Shipped:  07-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1684.50
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ➤

| | 1,684.50 |
|---|---|
| Currency: | USD |

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-32
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

| Invoice Number: | 2312229-00 |
|---|---|
| Invoice Date: | 08-OCT-08 |
| Payment Due Date: | 23-OCT-08 |
| Total Amount Due: | 1,684.50 |
| Amount Enclosed: | _____ |

097
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-2-08
Terminal:RWA
Load :2312229
Serial # : 008-88037-32
PO#/HUD#

Driver: DAVE HYNDMAN
Truck:
Unit: 416817

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:    Shipper Address(Origin):140460
         TRANSFORM
         11857 BAY RIDGE DRIVE
         BURLINGTON,WA,98233

To:    Consignee Address(Destination):140455
       EAST AHM DEVELOPEMENT
       611 HIGHWAY 903
       CLE ELUM,WA,98922
       5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:                    REMIT C.O.D
         EAST AHM DEVELOPMENT @
         P O BOX 669
         CLE ELUM,WA,98922

| NO | Description 15X72X12'10 | Weight | Rate | Miles 150 | Total 1684.50 |
|----|----|----|----|----|----|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
   C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
   COD AMT $            $                  $                  $
Subject to section 7 of conditions if the shipment is to,be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                    CARRIER                    CONSIGNEE
PER:_____         PER: Tuw Hyndman           PER: Ok per Don

098
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

**32**    In consideration of, and in connection with, the transportation of modular condominium unit - # ____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:            CARRIER:
East AHM Development            Bennett Truck Transport, LLC

By: _OK Per Don_____            By: _____

C:\DOCUME~1\C\art\LOCALS~1\Temp\RTT AHM I Development\RELEASED VALUE-CARGO INSURANCE WAIVER090008.doc



Remit To:   Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 08-OCT-08 | 2312230-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page   1   of   1

RECEIVED
OCT 14 2008
BY: ------------------

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-33 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name:   EDWARD LUDWIG        Date Shipped:  07-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'5X75'6X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED AHM PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1684.50
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**   1,684.50

Currency:  USD

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-33
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2312230-00 |
| Invoice Date: | 08-OCT-08 |
| Payment Due Date: | 23-OCT-08 |
| Total Amount Due: | 1,684.50 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

100
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-7-08
Terminal: RWA
Load: 2312230
Serial # : 008-88037-33
PO#/HUD#

Driver: *Ed Ludwig*
Truck: *418029*
Unit:



## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
        TRANSFORM
        11857 BAY RIDGE DRIVE
        BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
      EAST AHM DEVELOPEMENT
      611 HIGHWAY 903
      CLE ELUM,WA,98922
      5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
        EAST AHM DEVELOPMENT @
        P O BOX 669
        CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 14'5X75'6X12'10 | Weight | Rate | Miles | Total |
|----|------|--------|------|-------|-------|
|    |      |        |      | 150   | 1684.50 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I (d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|-------------|-----------|-----------|----------------|
| COD AMT $   | $         | $         | $              |

Subject to section 7 of conditions If the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: *Ed Ludwig*

CONSIGNEE
PER: *OK Per Don*

101
AHM

ZOO 國
XVI 87:23 8008/80/07

## RELEASED VALUE/CARGO INSURANCE WAIVER

**33**

    In consideration of, and in connection with, the transportation of modular condominium unit - # ___ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

    This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

    In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

    This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

    IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:          CARRIER:
East AHM Development          Bennett Truck Transport, LLC

By: _OK pu Dox_          By: _____

102
AHM

C:\DOCUME~1\Client\LOCALS~1\Temp\BTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER\090608.doc

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

## BTT
**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 09-OCT-08 | 2312231-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 1 4 2008
BY:

Page 1 of 1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-34 | Miles: | Truck: 416817 | Trailer: |
|---|---|---|---|

Driver Name: DAVID HYNDMAN

Date Shipped: 08-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 433.25 | FLT | 433.25 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 130.00 | FLT | 130.00 |
| | USED C&H PILOTS | | | | |
| | TRANSFORM $130.00 DT | | | | |

Job: 08-009
Code: 01-626
Price: $2174.00
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** | 2,174.00

Currency: USD

................................................................

To ensure proper credit, please detach this portion and return with remittance.

BOL No.: 008-88037-34
Bill To: 0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Invoice Number: 2312231-00
Invoice Date: 09-OCT-08
Payment Due Date: 24-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

Total Amount Due: 2,174.00
Amount Enclosed: _____

103
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 10-8-08

Terminal:RWA

Load :2312231

Serial # : 008-88037-34

PO#/HUD#

Driver: DAVE HYNDMAN

Truck: 416817

Unit:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI a division of Bennett Truck Transport,LLC. 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | US DOT : 600382 MC-ICC 285766 |

From:   Shipper Address(Origin):140460

TRANSFORM

11857 BAY RIDGE DRIVE

BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455

EAST AHM DEVELOPEMENT

611 HIGHWAY 903

CLE ELUM,WA,98922

5096741517

REVEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:

EAST AHM DEVELOPMENT @

P O BOX 669

CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 127X72X12'10 | Weight | Rate | Miles 150 | 2174. |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :

COD AMT $            $                $                $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneer:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER

PER:_____

CARRIER

PER: _____

CONSIGNEE

PER: OK Per Don

104

AHM

002

## RELEASED VALUE/CARGO INSURANCE WAIVER

**# 34**

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: _OK Per Don_____

CARRIER:
Bennett Truck Transport, LLC

By: _____

C:\DOCUME~1\Clerk\LOCALS~1\Temp\BTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER989024.doc



Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

| Invoice Date: | Invoice Number: |
|---|---|
| 09-OCT-08 | 2312232-00 |

**BENNETT**
*Truck Transport, LLC*

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED
OCT 1 4 2008
BY:

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-35 | | 480221 | |

Driver Name:   JAMES SOLER                                     Date Shipped:  08-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 450.00 | FLT | 450.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | DOWNTIME DRIVER | | 130.00 | FLT | 130.00 |
| | USED C&H PILOTS | | | | |
| | TRANSFORM 130.00 DT | | | | |

Job: 08-009
Code: 01-626
Price: $2190.75
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ▶**   | 2,190.75 |

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-35
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Invoice Number:        2312232-00
Invoice Date:        09-OCT-08
Payment Due Date:        24-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Total Amount Due:        2,190.75

Amount Enclosed: _____

106
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date 10-8-08
Terminal:RWA
Load :2312232
Serial # : 008-88037-35
PO#/HUD#

Driver: Jim Soler
Truck: 480221
Unit:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTi
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233

To:   Consignee Address(Destination):140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

REVIEVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier atl or any of said property over atl or any portion of said route to destination,and as to each party at any time interested in atl or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the back of this bill of lading.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those on the back hereof,set forth in BTTi 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles 130 | Total 2,190.75 |
|----|-------------------------|--------|------|-----------|----------------|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____    Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrarc terms and conditions hereof Signed:_____    Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____    Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions (2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
| COD AMT $ | $ | $ | $ |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Sole

CONSIGNEE
PER: OK Per Don

107
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

**#35**   In consideration of, and in connection with, the transportation of modular condominium unit - # and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement.  Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

CARRIER:
Bennett Truck Transport, LLC

By: _OK Per Don_____

By: _____ __. _____

C:\DOCUME~1\Client\LOCALS~1\Temp\MTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER#35MM.doc

108
AHM

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 09-OCT-08 | 2314626-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 14 2008
BY: _____

Page  1  of  1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-36 | Miles: | Truck: 416817 | Trailer: |
|---|---|---|---|

Driver Name:  DAVID HYNDMAN                    Date Shipped:  09-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'5X75'6X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2060.79
Initials: JH

POSTED

**PAY THIS AMOUNT**                    2,060.79

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:    008-88037-36
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:        2314626-00
Invoice Date:        09-OCT-08
Payment Due Date:        24-OCT-08

Total Amount Due:        2,060.79

Amount Enclosed: _____

109
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-9-08
Terminal:RWA
Load :2314626
SERIAL # : 008-88037-36
PO#/HUD#

Driver: DAVE HYNDMAN
Truck: 416817
Unit:

C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:    Shipper Address(Origin):140460
         TRANSFORM
         11857 BAY RIDGE DRIVE
         BURLINGTON,WA,98233
         3607559130

To:    Consignee Address(Destination):140455
       EAST AHM DEVELOPMENT
       611 HIGHWAY 903
       CLE ELUM,WA,98922
       5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
       EAST AHM DEVELOPMENT @
       P O BOX 669
       CLE ELUM,WA,98922
       0

REMIT C.O.D

| NO | Description 14'5X7'5'6X12'10 | Weight | Rate | Miles | Total |
|----|------------------------------|--------|------|-------|-------|
|    |                              |        |      | 150   |       |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof:Signed:_____

Carrier Agent: Foregoing shipment subject to declaration(If any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Billf).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.        Date:_____

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $        $        $        $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the folowing statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: _Dave Hyndman_

CONSIGNEE
PER: OK PER DON

110
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

CARRIER:
Bennett Truck Transport, LLC

By: _OK  Per  Don_

By: _____

C:\DOCUME~1\Client\LOCALS~1\Temp\BTT\AHM Development\RLRASED VALUE-CARGO INSURANCE WAIVER090608.doc

111
AHM



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 09-OCT-08 | 2314644-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 1 4 2008
BY: --------------------

Page  1  of  1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: 008-88037-37 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER

Date Shipped: 09-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'5X75'6X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2060.79
POSTED Initials: CH

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** → **2,060.79**

Currency: USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:  008-88037-37
Bill To:  0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2314644-00 |
| Invoice Date: | 09-OCT-08 |
| Payment Due Date: | 24-OCT-08 |
| Total Amount Due: | 2,060.79 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

112
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-9-08
Terminal:RWA
Load :2314644
SERIAL #: 008-88037-37
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: JIM SOLER
Truck: 480221
Unit:
C.O.D Amount:

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporatiin in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 14'5X75'6X12'10 | Weight | Rate | Miles 150 | Total |
|----|------|--------|------|-------|-------|

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
      C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
      COD AMT $          $          $          $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Sol—

CONSIGNEE
PER: OK Per DoN

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                    CARRIER:
East AHM Development                    Bennett Truck Transport, LLC

By: _OK Per Don_____               By: _____

114
AHM

C:\DOCUME~1\Chris\LOCALS~1\Temp\HTY AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER090808.doc

004

02/09/2008 22:56 FAX

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 10-OCT-08 | 2314659-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 2 0 2008

BY:

Page  1  of  1

Tel. # :  (800) 866-5500   (770) 957-1866
Fax # :  (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-40 | Miles: | Truck: 416817 | Trailer: |
|---|---|---|---|

Driver Name:  DAVID HYNDMAN                    Date Shipped:  10-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 11X36'3X12'10 | 0 | 680.00 | FLT | 680.00 |
|  | FSC |  | 200.00 | FLT | 200.00 |
|  | PERMITS |  | 15.00 | FLT | 15.00 |
|  | SPOTTING CHARGE |  | 300.00 | FLT | 300.00 |
|  | DEADHEAD MILES |  | 100.00 | FLT | 100.00 |
|  | SHUFFLE HOUSES |  | 65.00 | FLT | 65.00 |

Job: 06-009
Code: 01-626
Price: $1360.00
Initials: HK

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►  1,360.00

Currency: USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-40
Bill To:    0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Invoice Number: | 2314659-00 |
|---|---|
| Invoice Date: | 10-OCT-08 |
| Payment Due Date: | 25-OCT-08 |
| Total Amount Due: | 1,360.00 |
| Amount Enclosed: | _____ |

115
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-10-08
Terminal:RWA
Load :2314659
SERIAL # : 008-88037-40
PO#/HUD#

Driver: DAVE HYNDMAN
Truck:
Unit: 416817
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
    a division of Bennett Truck Transport,LLC.
    1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

| From: | Shipper Address(Origin):140460 | To: | Consignee Address(Destination):140455 |
|---|---|---|---|
| | TRANSFORM | | EAST AHM DEVELOPEMENT |
| | 11857 BAY RIDGE DRIVE | | 611 HIGHWAY 903 |
| | BURLINGTON,WA,98233 | | CLE ELUM,WA,98922 |
| | 3607559130 | | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:            REMIT C.O.D
    EAST AHM DEVELOPMENT @
    P O BOX 669
    CLE ELUM,WA,98922
    0

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 11X36'3X12'10 | | | 150 | 1360.∞ |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,Is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature, Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

    C.O.D.FEE :    PREPAID :    COLLECT :    THIRD PARTY :
        COD AMT $    $    $    $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER           CARRIER           CONSIGNEE
PER:           PER: Dave Hyndman    PER: OK Per Don

116
AHM

Remit To:   Bennett Truck Transport, LLC
            P.O. Box 100005
            McDonough, GA  30253-9305

            MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 13-OCT-08 | 2314650-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED

BY: ....................

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-38 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER

Date Shipped:  10-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | SHUFFLE HOUSES | | 195.00 | FLT | 195.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2255.79
Initials: OK

POSTED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT**  ➤

2,255.79

Currency:  USD

..............................................................................

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-38
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:      2314650-00
Invoice Date:      13-OCT-08
Payment Due Date:      28-OCT-08

Total Amount Due:      2,255.79
Amount Enclosed: _____

117
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 16-10-08  
Terminal:RWA  
Load :2314650  
SERIAL #: 008-88037-38  
PO#/HUD#

Driver: Jim Soler  
Truck:  
Unit: 480221  
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI  
a division of Bennett Truck Transport,LLC.  
1001 Industrial Parkway,PO Box 569,McDonough GA 30253.

US DOT : 600382  
MC-ICC 285766

From:   Shipper Address(Origin):140460  
TRANSFORM  
11857 BAY RIDGE DRIVE  
BURLINGTON,WA,98233  
3607559130

To:   Consignee Address(Destination):140455  
EAST AHM DEVELOPEMENT  
611 HIGHWAY 903  
CLE ELUM,WA,98922  
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:  
EAST AHM DEVELOPMENT @  
P O BOX 669  
CLE ELUM,WA,98922  
0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 2255.79 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Billf).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :  
COD AMT $         $         $         $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER:_____  
CARRIER PER: Jim Soler  
CONSIGNEE PER: OK Per Don

118  
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement.  Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                         CARRIER:
East AHM Development                          Bennett Truck Transport, LLC

By: _OK Per Don_____                       By: _____

119
AHM

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 13-OCT-08 | 2314657-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page   1   of   1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

RECEIVED
OCT 20 2008

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-39 | | 416817 | |

Driver Name:  DAVID HYNDMAN

Date Shipped:  11-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 463.21 | FLT | 463.21 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOT CARS | | | | |

Job: 08-009
Code: 01-626
Price: $2044.⁰⁰
Initials: CH

POSTED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT ▶**     | 2,044.00 |

Currency: USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:    008-88037-39
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2314657-00 |
| Invoice Date: | 13-OCT-08 |
| Payment Due Date: | 28-OCT-08 |
| Total Amount Due: | 2,044.00 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

120
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*



Date : *10-11 08*

Terminal:RWA
Load :2314657
SERIAL #: 008-88037-39
PO#/HUD#

Driver: *DAVE Hyndman*
Truck: *416817*
Unit:
C.O.D Amount:

# STRAIGHT BILL OF LADING
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELEOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 12'7X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | *150* | *2044.00* |

Act of God: if shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrar terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or refase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :      PREPAID :      COLLECT :      THIRD PARTY :
COD AMT $      $      $      $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: *Dw Hyndman*

CONSIGNEE
PER: *OK Per Don*

121
AHM

Sent By: Bennett Truck Transport;         503 981 4094;      Sep-11-08  2:04PM;         Page 1/1
To: BMT SEATAC         At: 12068708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development

By: __OK Per Don_____


CARRIER:
Bennett Truck Transport, LLC

By: _____


C:\DOCUME~1\Clerk\LOCALS~1\Temp\BTT Development\RELEASED VALUE-CARGO INSURANCE WAIVER090808.doc

122
AHM

₫004 ⓦ                                                                      02/13/2008 21:03 FAX

Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 13-OCT-08 | 2314660-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 2 0 2009
BY: _____

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-41 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:   JAMES SOLER                                      Date Shipped:  11-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X41'3X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 464.75 | FLT | 464.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | ESCORT DETOURS | | 85.00 | FLT | 85.00 |
| | USED C&H PILOTS | | | | |
| | PLUS ONE MORE INTO SITE | | | | |

Job: 08-009
Code: 01-626
Price: $2129.00
Initials: GH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶   | 2,129.00 |

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-41
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305**

Invoice Number:   2314660-00
Invoice Date:   13-OCT-08
Payment Due Date:   28-OCT-08

Total Amount Due:   2,129.00
Amount Enclosed: _____

123
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : *10-7/08*
Terminal:RWA
Load :2314660
SERIAL #: 008-88037-41
PO#/HUD#

Driver: *JIM SOLEK*
Truck: *480221*
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 15X41'3X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | *150* | *2129.40* |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive,Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay on/shipper's equipment as per Section 1(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all all lawful charges have been paid to carrier

SHIPPER
PER:

CARRIER
PER: *Jim Sole*

CONSIGNEE
PER: *OK Per Don*

124
AHM

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA -12517

**BTT**
**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 13-OCT-08 | 2314661-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 2 0 2008
BY: --------------------

Page 1 of 1

Tel. # : (800) 866-5500 (770) 957-1866
Fax # : (800) 866-4420 (770) 957-7634

Div: 12

| B/L Number: 008-88037-42 | Miles: | Truck: 418029 | Trailer: |
|---|---|---|---|

Driver Name: EDWARD LUDWIG          Date Shipped: 11-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X3712'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 170.00 | FLT | 170.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H AND CINDY PILOTS | | | | |

*Job: 08-009*
*Code: 01-626*
*Price: $1465.00*
*Initials: CH*

**POSTED**

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ▶** | 1,465.00

Currency: USD

.................................................................
To ensure proper credit, please detach this portion and return with remittance.

BOL No.: 008-88037-42
Bill To: 0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

Invoice Number: 2314661-00
Invoice Date: 13-OCT-08
Payment Due Date: 28-OCT-08

Total Amount Due: 1,465.00
Amount Enclosed: _____

125
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-11-08

Terminal: RWA

Load :2314661

SERIAL #: 008-88037-42

PO#/HUD#

Driver: Ed Ludwig

Truck:

Unit: 418029

C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600362
MC-ICC 285766

From:  Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:  Consignee Address(Destination):140455
EAST AHM DEVELEPOMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 13X3712'10 | Weight | Rate | Miles | Total |
|----|----|----|----|----|----|
| | | | | 150 | 1465.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :       COLLECT :       THIRD PARTY :
COD AMT $       $       $       $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneer:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER: OK Per Don

126
AHM



Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 14-OCT-08 | 2314662-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page 1 of 1

RECEIVED

Tel # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

BY: _____   Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-43 | | 416817 | |

Driver Name:  DAVID HYNDMAN          Date Shipped:  13-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: JH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT ►**  1,295.00

Currency: USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-43
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:   2314662-00
Invoice Date:   14-OCT-08
Payment Due Date:   29-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

Total Amount Due:   1,295.00

Amount Enclosed: _____

127
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10·13·08
Terminal:RWA
Load :2314662
SERIAL #: 008-88037-43
PO#/HUD#

Driver: DAVE Hyndman
Truck:
Unit: 416817
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,In apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 10'10X29X12'10 | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,Is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $        $    .        $    .        $    .

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER          CARRIER                          CONSIGNEE
PER:_____     PER: Dave Hyndman     PER: OK Per Dow

002 ☑                                        02/13/2008 22:34 FAX

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

**BTT**

**BENNETT**
*Truck Transport, LLC*

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 14-OCT-08 | 2314663-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 20 08
BY:

Page 1 of 1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-44 | | 480221 | |

Driver Name:  JAMES SOLER                                   Date Shipped: 14-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 10 | 14'2X34X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 400.00 | FLT | 400.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 464.75 | FLT | 464.75 |
| | MOTEL | | 100.00 | FLT | 100.00 |
| | USED 2 C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2044.00
Initials: CH

POSTED

**PAY THIS AMOUNT**     2,044.00

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency: USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-44
Bill To:    0140320
             EAST AHM DEVELOPMENT @
             P O BOX 669
             CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Invoice Number: | 2314663-00 |
|---|---|
| Invoice Date: | 14-OCT-08 |
| Payment Due Date: | 29-OCT-08 |
| Total Amount Due: | 2,044.00 |
| Amount Enclosed: | _____ |

129
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-14-08
Terminal:RWA
Load :2314663
SERIAL #: 008-88037-44
PO#/HUD#

Driver: Jim Soler
Truck: 480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 14'2X34X12'10 | | | 150 | 2044.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____   Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____   Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____   Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Jim Soler

CONSIGNEE
PER: OK Per Don

130
AHM



RWA -12517

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 14-OCT-08 | 2314665-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED
OCT 20 2008
BY:

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

---

| B/L Number: 008-88037-45 | Miles: | Truck: 418029 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:  EDWARD LUDWIG                          Date Shipped:  14-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 10 | 11X67X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 250.00 | FLT | 250.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 242.00 | FLT | 242.00 |
| | MOTEL | | 100.00 | FLT | 100.00 |

Job:  08-009
Code: 01-626
Price: $1295.00
Initials:  CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶  1,295.00

Currency: USD

---

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-45
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

Invoice Number:   2314665-00
Invoice Date:   14-OCT-08
Payment Due Date:   29-OCT-08

Total Amount Due:   1,295.00
Amount Enclosed: _____

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: *10-14-08*
Terminal:RWA
Load :2314665
SERIAL #: 008-88037-45
PO#/HUD#

Driver: *Ed Ludwig*
Truck:
Unit: *418029*
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
    a division of Bennett Truck Transport,LLC.
    1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
    TRANSFORM
    11857 BAY RIDGE DRIVE
    BURLINGTON,WA,98233
    3607559130

To:   Consignee Address(Destination):140455
    EAST AHM DEVELEPMENT
    611 HIGHWAY 903
    CLE ELUM,WA,98922
    5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bil of lading, including those ih BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
    EAST AHM DEVELOPMENT @
    P O BOX 669
    CLE ELUM,WA,98922
    0

REMIT C.O.D

| NO | Description 11X67X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | *150* | *1295.00* |

Act of God: if shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

    C.O.D.FEE :    PREPAID :    COLLECT :    THIRD PARTY :
    COD AMT $    $    $    $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER    CARRIER    CONSIGNEE
PER:    PER: *Ed Ludwig*    PER: *OK Per Don*

132
AHM



Remit To:   Bennett Truck Transport, LLC
            P.O. Box 100005
            McDonough, GA  30253-9305
            MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 16-OCT-08 | 2314675-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 2 0 2008
BY:..................

Page   1   of   1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

| B/L Number: 008-88037-46 | Miles: | Truck: 418029 | Trailer: | Div: 12 |
|---|---|---|---|---|

Driver Name:   EDWARD LUDWIG                          Date Shipped: 16-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | | | |
| | FSC | | 688.00 | FLT | 688.00 |
| | PERMITS | | 431.50 | FLT | 431.50 |
| | ESCORTS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 376.25 | FLT | 376.25 |
| | MOTEL | | 450.00 | FLT | 450.00 |
| | USED C&H PILOTS | | 100.00 | FLT | 100.00 |

Job: 08-009
Code: 01-626
POSTED Price: $2060.75
Initials: CH

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT** ▶   **2,060.75**

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-46
Bill To:   0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Invoice Number:   2314675-00
Invoice Date:   16-OCT-08
Payment Due Date:   31-OCT-08

Total Amount Due:   2,060.75
Amount Enclosed: _____

133
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-16-08
Terminal:RWA
Load :2314675
SERIAL #: 008-88037-46
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit: 418029
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) egress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 15X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 2060.75 |

Act of God: If shipper declines Act of God waiver,put'no' here:

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :      PREPAID :      COLLECT :      THIRD PARTY :
COD AMT $      $      $      $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER: OK Per Don

134
AHM