## RELEASED VALUE/CARGO INSURANCE WAIVER

_46_

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payor of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the ____ day of September, 2008.

CONSIGNOR/CONSIGNEE:
East AHM Development


By: _OK Per Don_____


CARRIER:
Bennett Truck Transport, LLC


By: _____

C:\DOCUME~1\Clark\LOCALS~1\Temp\MTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER090908.doc

@004



Remit To:
Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
Truck Transport, LLC

RWA-12517

| Invoice Date: | Invoice Number: |
|---|---|
| 16-OCT-08 | 2314676-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
OCT 2 0 2008
BY:

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: 008-88037-47 | Miles: | Truck: 480221 | Trailer: |
|---|---|---|---|

Driver Name:  JAMES SOLER                    Date Shipped:  16-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 431.50 | FLT | 431.50 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 433.25 | FLT | 433.25 |
| | MOTEL | | 100.00 | FLT | 100.00 |
| | UED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2044.00
POSTED Initials: H

**PAY THIS AMOUNT**                    2,044.00

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-47
Bill To:    0140320
             EAST AHM DEVELOPMENT @
             P O BOX 669
             CLE ELUM WA 98922

Invoice Number:     2314676-00
Invoice Date:        16-OCT-08
Payment Due Date:   31-OCT-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:     2,044.00
Amount Enclosed: _____

136
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10/11/08
Terminal:RWA
Load :2314676
SERIAL #: 008-88037-47
PO#/HUD#

Driver: *Jim Soler*
Truck: *480221*
Unit:
C.O.D Amount:



**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
|---|---|
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

From:    Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:    Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:                           REMIT C.O.D
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

| NO | Description 13X72X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 2044.°° |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____    Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrarc terms and conditions hereof Signed:_____    Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC. (If No Signature,Need Pro Bill#).Signed:_____    Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

    C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
    COD AMT $          $                $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                    CARRIER                    CONSIGNEE
PER:_____          PER: *Jim Sol*             PER: *OK Per Don*

137
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

**47**

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                         CARRIER:
East AHM Development                          Bennett Truck Transport, LLC


By: OK Per Don _____               By: _____

138
AHM.

Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

**BTT**

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2314680-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED

Page  1  of  1

BY: _____

Tel. # :  (800) 866-5500    (770) 957-1866
Fax # :  (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-49 | | 418029 | |

Driver Name:   EDWARD LUDWIG                                          Date Shipped:  17-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2060 79
Initials: CH

POSTED

**Payment within 15 days, per I.C.C. Regulations.**
**Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.**

**PAY THIS AMOUNT** ►                                    **2,060.79**

Currency:  USD

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-49
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| Invoice Number: | 2314680-00 |
|---|---|
| Invoice Date: | 20-OCT-08 |
| Payment Due Date: | 04-NOV-08 |
| Total Amount Due: | 2,060.79 |
| Amount Enclosed: | _____ |

139
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-17-08

Terminal:RWA

Load :2314680

SERIAL #: 008-88037-49

PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: Ed Ludwig

Truck:

Unit: 418029

C.O.D Amount:

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI

a division of Bennett Truck Transport,LLC.

1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382

MC-ICC 285766

From:   Shipper Address(Origin):140460

TRANSFORM

11857 BAY RIDGE DRIVE

BURLINGTON,WA,98233

3607559130

To:   Consignee Address(Destination):140455

EAST AHM DEVELOPEMENT

611 HIGHWAY 903

CLE ELUM,WA,98922

5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Tralff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:

EAST AHM DEVELOPMENT @

P O BOX 669

CLE ELUM,WA,98922

0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 15X72X12'10 | | | 150 | 2060. 79 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrarc terms and conditions hereof Signed:_____Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck

Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :      PREPAID :      COLLECT :      THIRD PARTY :

COD AMT $      $      $      $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER

PER:_____

CARRIER

PER: Ed Ludwig

CONSIGNEE

PER: OK Per Don

140
AHM

## RELEASED VALUE/CARGO INSURANCE WAIVER

*49*   In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:               CARRIER:
East AHM Development               Bennett Truck Transport, LLC

By: *OK Per Don* _____       By: _____

C:\DOCUME~1\Clara\LOCALS~1\Temp\MTT AHM Development\RLSASED VALUE-CARGO INSURANCE WAIVER090908.doc



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA 30253-9305
MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2317110-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page 1 of 1

RECEIVED

Tel. # (800) 866-5500   (770) 957-1866
Fax # (800) 866-4420   (770) 957-7634

BY: --------------------

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-55 | | 418029 | |

Driver Name: EDWARD LUDWIG                           Date Shipped: 18-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'5X76X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2060.79
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶    | 2,060.79 |

Currency: USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.: 008-88037-55
Bill To: 0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA 30253-9305**

Invoice Number:      2317110-00
Invoice Date:      20-OCT-08
Payment Due Date:      04-NOV-08

Total Amount Due:      2,060.79
Amount Enclosed: _____

142
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10-18-08
Terminal:RWA
Load :2317110
SERIAL #: 008-88037-55
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit: 418029
C.O.D Amount:

### STRAIGHT BILL OF LADING
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELEOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description 14'5X76X12'10 | Weight | Rate | Miles 150 | Total 2069.79 |
|----|---------------------------|--------|------|-----------|---------------|

Act of God: If shipper declines Act of God waiver, put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____ Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof Signed:_____ Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (if No Signature,Need Pro Bill#).Signed:_____ Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :         PREPAID :         COLLECT :         THIRD PARTY :
COD AMT $              $              $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: Ed Ludwig

CONSIGNEE
PER: OK Per Don

## RELEASED VALUE/CARGO INSURANCE WAIVER

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                          CARRIER:
East AHM Development                          Bennett Truck Transport, LLC


By: _OK Per Don_____                    By: _____

C:\DOCUME~1\Clerk\LOCALS~1\Temp\RTT AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER050908.doc



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA-12517

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2314681-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
BY: .............................

Page  1  of  1

Tel. # : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

B/L Number: 008-88037-50     Miles:     Truck: 416817     Trailer:

Driver Name:  DAVID HYNDMAN     Date Shipped:  18-OCT-08

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 1 | 13X72X12'10 | 0 | 688.00  FLT | 688.00 |
| | FSC | | 400.00  FLT | 400.00 |
| | PERMITS | | 15.00  FLT | 15.00 |
| | ESCORTS | | 170.00  FLT | 170.00 |
| | SPOTTING CHARGE | | 464.75  FLT | 464.75 |
| | DEADHEAD MILES | | 100.00  FLT | 100.00 |
| | USED OWN PILOTS | | | |

Job: 08-009
Code: 01-626
Price: $1837.75
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT**     1,837.75

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-50
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

| | |
|---|---|
| Invoice Number: | 2314681-00 |
| Invoice Date: | 20-OCT-08 |
| Payment Due Date: | 04-NOV-08 |
| Total Amount Due: | 1,837.75 |
| Amount Enclosed: | _____ |

145
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date: 10-18-08
Terminal:RWA
Load :2314681
SERIAL #: 008-88037-50
PO#/HUD#

Driver: DAVE Hyndman
Truck:
Unit: 416817
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM, WA,98922
0

REMIT C.O.D

| NO | Description 13X72X12'10 | Weight | Rate | Miles 150 | Total 1837.75 |
|---|---|---|---|---|---|

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contrac terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Billf).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :       PREPAID :       COLLECT :       THIRD PARTY :
COD AMT $        $         $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consigneor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER            CARRIER                        CONSIGNEE
PER:_____      PER: Dave Hyndman              PER: OK Per Don

146
AHM

Sent By: Bennett Truck Transport;        503 981 4094;        Sep-11-08  2:04PM;        Page 1/1
To: BMT SEATAC        At: 12088708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

50

In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                          CARRIER:
East AHM Development                           Bennett Truck Transport, LLC

By: _OK Per Don_____                       By: _____

147
AHM

☑004

02/20/2008 23:03 FAX

Remit To:   Bennett Truck Transport, LLC
            P.O. Box 100005
            McDonough, GA  30253-9305
            MC 28766

RWA-12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2317104-00 |

| Shipper | |
|---|---|
| | 0140460 |
| | TRANSFORM |
| | 11857 BAY RIDGE DRIVE |
| | BURLINGTON WA 98233 |

| Consignee | |
|---|---|
| | 12-0140455 |
| | EAST AHM DEVELOPEMENT |
| | 611 HIGHWAY 903 |
| | STORAGE LOT |
| | CLE ELUM,WA,98922 |

| Bill To | |
|---|---|
| | 0140320 |
| | EAST AHM DEVELOPMENT @ |
| | P O BOX 669 |
| | CLE ELUM WA 98922 |

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-54 | | 480221 | |

Driver Name:   JAMES SOLER

Date Shipped:  19-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 15X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 401.54 | FLT | 401.54 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 376.25 | FLT | 376.25 |
| | SPOTTING CHARGE | | 480.00 | FLT | 480.00 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED C&H PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $2060.79
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

PAY THIS AMOUNT ▶   **2,060.79**

Currency:  USD

............................................................................................................
**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:    008-88037-54
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

Invoice Number:    2317104-00
Invoice Date:    20-OCT-08
Payment Due Date:    04-NOV-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:    2,060.79
Amount Enclosed: _____

148
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

| | |
|---|---|
| Date : 10/19/08 | Driver:SOLE J |
| Terminal:RWA | Truck:480221 |
| Load :2317104 | Unit: |
| SERIAL #: 008-88037-54 | C.O.D Amount: |
| PO#/HUD# | |

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

| | |
|---|---|
| CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI | US DOT : 600382 |
| a division of Bennett Truck Transport,LLC. | MC-ICC 285766 |
| 1001 Industrial Parkway.PO Box 569,McDonough GA 30253. | |

| From:   Shipper Address(Origin):140460 | To:   Consignee Address(Destination):140455 |
|---|---|
| TRANSFORM | EAST AHM DEVELOPEMENT |
| 11857 BAY RIDGE DRIVE | 611 HIGHWAY 903 |
| BURLINGTON,WA,98233 | CLE ELUM,WA,98922 |
| 3607559130 | 5096741517 |

RECEIVED the property described below,in apperent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

| FOR PAYMENT, SEND BILL TO: | REMIT C.O.D |
|---|---|
| EAST AHM DEVELOPMENT @ | |
| P O BOX 669 | |
| CLE ELUM,WA,98922 | |
| 0 | |

| NO | Description | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | 15X72X12'10 | | | 150 | 2060 79 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contracr terms and conditions hereof Signed:_____Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.
   C.O.D.FEE :        PREPAID :         COLLECT :         THIRD PARTY :
   COD AMT $          $                 $                 $
Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consigneor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| PER:_____ | PER: *Jim Sole* | PER: *Ok per Don* |

02/20/2008 23:14 FAX                                                  ☎002

## RELEASED VALUE/CARGO INSURANCE WAIVER

*54*

In consideration of, and in connection with, the transportation of modular condominium unit - # and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:                    CARRIER:
East AHM Development                    Bennett Truck Transport, LLC

By: _OK Per Doz_____                   By: _____

150
AHM

RWA-12517

**Remit To:** Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2317100-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPOMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

Page  1  of  1

RECEIVED

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

BY:

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-53 | | 416817 | |

Driver Name:   DAVID HYNDMAN                                   Date Shipped:  19-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 12'7X72X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 450.00 | FLT | 450.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | ESCORTS | | 170.00 | FLT | 170.00 |
| | SPOTTING CHARGE | | 414.75 | FLT | 414.75 |
| | DEADHEAD MILES | | 100.00 | FLT | 100.00 |
| | USED OWN PILOTS | | | | |

Job: 08-009
Code: 01-626
Price: $1837.75
POSTED Initials: CH

| **PAY THIS AMOUNT** | 1,837.75 |
|---|---|

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:    008-88037-53
Bill To:    0140320
           EAST AHM DEVELOPMENT @
           P O BOX 669
           CLE ELUM WA 98922

Invoice Number:    2317100-00
Invoice Date:    20-OCT-08
Payment Due Date:    04-NOV-08

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

Total Amount Due:    1,837.75

Amount Enclosed:  _____

151
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10/19/08
Terminal:RWA
Load :2317100
SERIAL#: 008-88037-53
PO#/HUD#

Driver:HYND D
Truck:416817
Unit:HS6817
C.O.D Amount:



**STRAIGHT BILL OF LADING**
ORIGINAL — NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
0

REMIT C.O.D

| NO | Description | Weight | Rate | Miles | Total |
|----|-------------|--------|------|-------|-------|
|    | 12'7X72X12'10 |      |      | 150   | 1832.75 |

Act of God: If shipper declines Act of God waiver, put'no' here:_____

Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____

Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport.LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section l(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $           $                  $                  $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignee:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:_____

CARRIER
PER: _Tim Hindman_

CONSIGNEE
PER: OK Per Don

Sent By: Bennett Truck Transport;        503 981 4094;        Sep-11-08  2:04PM;        Page 1/1
To: BMT SEATAC        At: 12068708775

## RELEASED VALUE/CARGO INSURANCE WAIVER

53   In consideration of, and in connection with, the transportation of modular condominium unit - # _____ and any components thereof or contents therein (the "UNIT") for East AHM Development (the "CONSIGNOR/CONSIGNEE"), who is the owner of the UNIT and the payer of the freight charges and maintains a mailing address of P.O. Box 669, Cle Elum, WA 98233, from the shipping facility of Transform at 11857 Bay Ridge Drive, Burlington, WA 98233 to CONSIGNOR/CONSIGNEE's delivery site at 611 Hwy 903, Cle Elum, WA 98922 for intended installation into a complex with other modular condominium units on or about mid September 2008, Bennett Truck Transport, LLC (the "CARRIER") has agreed to provide the transportation based on this Released Value/Cargo Insurance Waiver. The parties hereto acknowledge and agreed that the UNIT is approximately 100 ft long and will be carried on CARRIER's lowboy chassis which is capable of stretching to a maximum length of 60 ft. and therefore the possibility of damage to the UNIT during transport is uncertain, and CARRIER would not undertake to perform the services contemplated hereunder without the CONSIGNOR/CONSIGNEE's representations, indemnifications, waivers and releases contained herein.

This Released Value/Cargo Insurance Waiver (the "Agreement") is executed by CONSIGNOR/CONSIGNEE on behalf of itself, the shipper and their successors and assigns, to acknowledge and consent to the UNIT being released for transport at a value not to exceed One Hundred Dollars ($100.00), and it is understood that the pricing offered by CARRIER for the transportation services provided by CARRIER is predicated upon this release rate. Further, CONSIGNOR/CONSIGNEE has been advised, and has agreed, to secure from others whatever further cargo insurance deemed appropriate, in CONSIGNOR/CONSIGNEE's sole discretion, to insure the UNIT against loss or damage during transport in any amount above the released value, or to self-insure for such amount.

In the event of loss, damage or delay in delivery of the UNIT during transport, CARRIER's liability shall be subject to the limitations set forth in this Agreement. Notwithstanding any contrary provision, (i) CARRIER's maximum liability for loss or damage to the UNIT during or as a result of transportation shall be limited to a released value not to exceed One Hundred Dollars ($100.00) for the UNIT (including any and all components thereof or contents therein); (ii) in no event shall CARRIER be liable for any damage resulting from loss of use, profit, or business interruption, or for any consequential, incidental, indirect or special damages; (iii) CONSIGNOR/CONSIGNEE shall be solely responsible to the extent any loss, damage or injury is caused by the packaging, construction, assembly or manufacture of the UNIT shipped, including the components thereof.; (iv) CONSIGNOR/CONSIGNEE shall be responsible for ensuring that the pickup/delivery sites are reasonably accessible, safe and otherwise suitable for loading/delivery; and (v) to the fullest extent possible, CONSIGNOR/CONSIGNEE waives any right to claim damages for any amount in excess of the released value, and shall indemnify, protect, defend and hold harmless CARRIER from any claim in excess of such released rate.

This Agreement is to provide specialized transportation services to meet CONSIGNOR/CONSIGNEE's distinct needs, and both CONSIGNOR/CONSIGNEE and CARRIER expressly waive any and all rights and remedies allowed under 49 USC §14106(b), the bill of lading or other contract to the extent inconsistent with the terms and conditions of this Agreement. Further, this Agreement has been mutually drafted by both parties hereto, with the advice of counsel, and therefore the terms and provisions hereof shall not be construed more favorably on behalf of one party against the other party.

IN WITNESS WHEREOF, the undersigneds have executed this Agreement as of the _____ day of September, 2008.

CONSIGNOR/CONSIGNEE:          CARRIER:
East AHM Development          Bennett Truck Transport, LLC

By: _OK Per Don___          By: _____

153
AHM   C:\DOCUME~1\Chris\LOCALS~1\Temp\EAST AHM Development\RELEASED VALUE-CARGO INSURANCE WAIVER09808.doc



Remit To: Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

**BENNETT** Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2316545-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED

BY: ..................

Page   1   of   1

Tel. # (800) 866-5500   (770) 957-1866
Fax # (800) 866-4420   (770) 957-7634

| B/L Number: | Miles: | Truck: | | Div: 12 |
|---|---|---|---|---|
| 008-88037-51 | | 418029 | Trailer: | |

Driver Name:   EDWARD LUDWIG                    Date Shipped:  20-OCT-08

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 1 | 10'10X29X12'10 | 0 | | |
| | FSC | | 688.00  FLT | 688.00 |
| | PERMITS | | 250.00  FLT | 250.00 |
| | SPOTTING CHARGE | | 15.00  FLT | 15.00 |
| | DEADHEAD MILES | | 242.00  FLT | 242.00 |
| | | | 100.00  FLT | 100.00 |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: [handwritten]

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ▶   **1,295.00**

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-51
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2316545-00 |
| Invoice Date: | 20-OCT-08 |
| Payment Due Date: | 04-NOV-08 |
| Total Amount Due: | 1,295.00 |
| Amount Enclosed: | _____ |

Please send payments to:

**Bennett Truck Transport, LLC**
**P.O. Box 100005**
**McDonough, GA  30253-9305**

154
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10/20/08
Terminal:RWA
Load :2316545
SERIAL #: 008-88037-51
PO#/HUD#

Driver: Ed Ludwig
Truck:
Unit: 418029
C.O.D Amount:

## STRAIGHT BILL OF LADING
### ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
          a division of Bennett Transport,LLC.
          1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
        TRANSFORM
        11857 BAY RIDGE DRIVE
        BURLINGTON,WA,98233
        3607559130

To:   Consignee Address(Destination):140455
      EAST AHM DEVELOPEMENT
      611 HIGHWAY 903
      CLE ELUM,WA,98922
      5096741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.it is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is famlier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
        EAST AHM DEVELOPMENT @
        P O BOX 669
        CLE ELUM,WA,98922
        0

REMIT C.O.D

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles | Total |
|----|----------------------------|--------|------|-------|-------|
|    |                            |        |      | 150   | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purposes exclusively:Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding Two Hundred Fifty Dollars($250.00).$_____Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

       C.O.D.FEE :         PREPAID :          COLLECT :        THIRD PARTY :
       COD AMT $        $             $            $
Subject to section 7 of conditions If the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER                      CARRIER                    CONSIGNEE
PER:_____          PER: Ed Ludwig             PER: OK Per Don



Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

**BENNETT**
*Truck Transport, LLC*

| Invoice Date: | Invoice Number: |
|---|---|
| 20-OCT-08 | 2316548-00 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED

BY:

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

| B/L Number: | Miles: | Truck: | | Trailer: | Div: 12 |
|---|---|---|---|---|---|
| 008-88037-52 | | 480221 | | | |

Driver Name:  JAMES SOLER          Date Shipped:  20-OCT-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'2X34X12'10 | 0 | | | |
| | FSC | | 688.00 | FLT | 688.00 |
| | PERMITS | | 450.25 | FLT | 450.25 |
| | ESCORTS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 376.25 | FLT | 376.25 |
| | DEADHEAD MILES | | 414.50 | FLT | 414.50 |
| | USED C&H PILOTS | | 100.00 | FLT | 100.00 |

Job: 08-009
Code: 01-626
Price: $2044.⁰⁰
Initials: CH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ►   **2,044.00**

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To ensure proper credit, please detach this portion and return with remittance.**

BOL No.:   008-88037-52
Bill To:   0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

| | |
|---|---|
| Invoice Number: | 2316548-00 |
| Invoice Date: | 20-OCT-08 |
| Payment Due Date: | 04-NOV-08 |
| Total Amount Due: | 2,044.00 |
| Amount Enclosed: | _____ |

156
AHM

*Y O U R   H I G H W A Y   T O   T H E   W O R L D*

Date : 10/20/08
Terminal:RWA
Load :2316548
SERIAL #: 008-88037-52
PO#/HUD#

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

Driver: Jim Soler
Truck: 480221
Unit:
C.O.D Amount:

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

| From: | Shipper Address(Origin):140460 | To: | Consignee Address(Destination):140455 |
|---|---|---|---|
| | TRANSFORM | | EAST AHM DEVELEPMENT |
| | 11857 BAY RIDGE DRIVE | | 611 HIGHWAY 903 |
| | BURLINGTON,WA,98233 | | CLE ELUM,WA,98922 |
| | 3607559130 | | 5096741517 |

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agress to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Traiff.Shipper hereby certified that he is familier with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
    EAST AHM DEVELOPMENT @
    P O BOX 669
    CLE ELUM,WA,98922
    0

REMIT C.O.D

| NO | Description 14'2X34X12'10 | Weight | Rate | Miles | Total |
|---|---|---|---|---|---|
| | | | | 150 | 2044.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____ Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess valuation of personal effects and furnishings to be $_____ Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Need Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

| C.O.D.FEE : | PREPAID : | COLLECT : | THIRD PARTY : |
|---|---|---|---|
| COD AMT $ | $ | $ | |

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.

Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

| SHIPPER PER: | CARRIER PER: Jim Soler | CONSIGNEE PER: Ok Per Don |
|---|---|---|

FILED 2/25/10



1

2

3

4

5

6

7        SUPERIOR COURT OF WASHINGTON FOR SKAGIT COUNTY

8    EAST AHM DEVELOPMENT, LLC, a          ) NO.   **10 2  00374 9**
     Washington Limited Liability Company,  )
9                                           ) SUMMONS
                                            )
10              Plaintiff,                  )
                                            )
11          vs.                             )
                                            )
12   TRANSFORM LLC, a Washington            )
     Limited Liability Company,             )
13                                          )
                                            )
14              Defendant.                  )
                                            )

15   THE STATE OF WASHINGTON, TO:  The above named Defendant:

16
         A lawsuit has been started against you in the above entitled Court by the above
17   named Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is
     served upon you with this Summons.
18

19       In order to defend against this lawsuit, you must respond to the Complaint by
     stating your defense in writing, and serve a copy upon the undersigned attorney for the
20   Plaintiff within 20 days after the service of this Summons, exclusive of the day of service,
     if served within the State of Washington; and within 60 days after the service of this
21   Summons upon you, exclusive of the day of service, if served outside the State of
     Washington, or a default judgment may be entered against you without notice. A default
22   judgment is one where Plaintiff is entitled to what he asks for because you have not
     responded. If you serve a Notice of Appearance on the undersigned attorney, you are
23   entitled to notice before a default judgment may be entered.

24

25   \\
     SUMMONS - 1

                              **Dennis Jordan & Associates Inc. P.S.**
                                  4218 Rucker Avenue   Everett, WA 98203
                                  (425)252-5554    (425)258-4060 Fax

158
AHM                                                        **EXHIBIT** _B_

1

2      You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the
demand must be in writing and must be served upon the Plaintiff. Within 14 days after

3   you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on
you of this Summons and Complaint will be void.

4

5      If you wish to seek the advice of an attorney in this matter, you should do so
promptly so that your written response, if any, may be served on time.

6

7      This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the
State of Washington.

8      DATE:   February  24, 2010.

9                           DENNIS JORDAN & ASSOCIATES,
                            INC., P.S.
10

11

12                          _____
                            Dennis Jordan, WSBA #4904
13                          Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25      \\
SUMMONS - 2

Dennis Jordan & Associates Inc. P.S.
4218 Rucker Avenue   Everett, WA 98203
(425)252-5554   (425)258-4060 Fax

159
AHM

COPY

1

2

3

4

5

6

7      SUPERIOR COURT OF WASHINGTON FOR SKAGIT COUNTY

8    EAST AHM DEVELOPMENT, LLC, a          ) NO.   **10  2  00374  9**
     Washington Limited Liability Company,  )
9                                            ) COMPLAINT
                                             )
10                    Plaintiff,             )
                                             )
11          vs.                              )
                                             )
12   TRANSFORM LLC, a Washington             )
     Limited Liability Company,              )
13                                           )
                      Defendant:             )
14   _____ )

15          COMES NOW the above named Plaintiff and for cause of action against the above

16   named Defendant, alleges and sets forth as follows:

17
            1.  The Plaintiff East AHM Development, LLC, is now and at all times material
18
     hereto has been a duly formed and existing Washington Limited Liability Company.
19

20          2.  The Defendant Transform, LLC is believed to now be and at all times material

21   hereto is believed to have been a duly formed and existing Washington Limited Liability

22   Company.

23          3.  The Defendant Transform's principal place of business is in Skagit County,

24

25   \\
     COMPLAINT - 1

Washington.

4. On or about June, 2008, the Plaintiff as "Buyer" and the Defendant as "Seller" entered in to a "labor only" construction contract in the form attached hereto as Exhibit 1.

5. In the performance of that contract, the Plaintiff supplied construction materials to the Defendant which the Defendant used to built into 55 modules at its factory in Burlington, WA. These modules or modular units consisted of prefabricated sections of walls, ceilings, and floors that contained/included all framing, insulation, wallboard (drywall), data wiring, structured high tech wiring and rough-in electrical, plumbing and gas. Once delivered to the job/construction site of the Plaintiff's condominium project, the individual modular units were then connected together to form a single piece of real property consisting of a 32-unit condominium building with entry, hallways, offices and other interior spaces.

6. The contract schedule as set forth in Exhibit 1 anticipated two deliveries of modules to the Plaintiff with the first occurring on July 18, 2008.

7. The contract called for delivery F.O.B. the Defendant's factory in Burlington.

8. Contrary to the terms and conditions of Exhibit 1 attached hereto, delivery of the first two modular units did not take place until September 5, 2008. (See Exhibits 2 and 3 attached hereto.) The remaining 55 modular units were delivered after that date.

9. Until the delivered modular units are installed in place and connected, they

\\
COMPLAINT - 2

Dennis Jordan & Associates Inc. P.S.
4218 Rucker Avenue   Everett, WA 98203
(425)252-5554   (425)258-4060 Fax

could not be tested by the Plaintiff for deficiencies and/or property damage to the materials provided by Plaintiff that had occurred as a result of the Defendant's actions.

10. When these units were tested, it was discovered that the Defendant had caused property damage to the materials purchased and supplied by the Plaintiff. For example, but not in limitation thereof, drywall nails were driven through electrical conduit, through plumbing pipes, through gas lines and data wiring. As a result of the above described actions, many of the modular units had to be repaired on site which included identifying the work that was needed, and accessing and repairing the damage to Plaintiff's materials.

11. As a result of the Defendant's actions and the need to identify, access and repair, the Plaintiff has suffered significant damages. Such damages include consequential damages including, but not limited to, delay damages and damages to property, the majority, if not all of which, were caused by the property damage described above.

12. Paragraph 5 of the general terms and conditions of the parties contract provides as follows:

> 5. **Warranty.** Seller warrants that the goods furnished hereunder will be free from defects in materials and workmanship for a period of one year from their date of delivery to buyer. Upon written notice to Seller within the specified one year period, Seller agrees to promptly repair or replace, as necessary, any defect in workmanship or materials for which it is responsible. Seller shall transfer any warranty available and transferable from the original manufacturer of component parts of the goods to the Buyer. **This remedy is the exclusive remedy for any breach by Seller.**

\\
COMPLAINT - 3

**Dennis Jordan & Associates Inc. P.S.**
4218 Rucker Avenue   Everett, WA 98203
(425)252-5554    (425)258-4060 Fax

162
AHM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

THE FOREGOING WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.   THE BUYER'S EXCLUSIVE REMEDY WITH RESPECT TO ANY AND ALL LOSSES OR DAMAGES RESULTING FROM ANY CAUSE WHATSOEVER SHALL BE REPAIR OR REPLACEMENT AS SPECIFIED ABOVE.  IN NO EVENT SHALL SELLER BE LIABLE FOR ANY CONSEQUENTIAL DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, DAMAGES FOR ANY DELAYS, PERSONAL INJURY, OR DAMAGES TO PROPERTY, WHETHER ALLEGED AS RESULTING FROM BREACH OF WARRANTY OR CONTRACT BY SELLER OR NEGLIGENCE OF SELLER OR OTHERWISE.

13. The Plaintiff agreed to the terms and conditions of paragraph 5 above and was willing to waive certain claims and damages based upon the promise of the Defendant to "promptly repair or replace, as necessary, any defect in workmanship or materials for which it [was] responsible." The Defendant, however, breached that promise as it failed to make the necessary repairs or replacements.

14.  The promise of repair and replacement was material to the Defendant's agreement regarding the waiver/exclusion of other warranties or damages.  The Defendant's breach constituted a failure of consideration to the Defendant's agreement with respect to warranties and damages which gives rise to the Plaintiff being entitled to rescind any such waiver/exclusion in its entirety.

15. Paragraph 7(b) of the general terms and conditions of Exhibit 1 provides that the Plaintiff must commence any claim or cause of action against the Defendant "within

\\
COMPLAINT - 4

Dennis Jordan & Associates Inc. P.S.
4218 Rucker Avenue  Everett, WA 98203
(425)252-5554    (425)258-4060 Fax

163
AHM

18 months of the date of delivery by Seller to Buyer of the goods which are the subject of the claim or cause of action." Not more than 18 months has lapsed since the date of delivery as contemplated by the terms and conditions of Exhibit 1.

16. Paragraph 7(d) of the general terms and conditions of Exhibit 1 provide for the prevailing party "in any dispute" between these parties to be awarded "its reasonable attorneys' fees, experts' fees, and costs."

WHEREFORE, Plaintiff prays for the following relief against the Defendant:

(1) For a judgment for damages in an amount to be proven at the time of trial.

(2) For such other and further relief as this court may deem just and proper, including an award of reasonable attorney fees, expert's fees and costs.

DATED this _24_ day of February, 2010.

DENNIS JORDAN & ASSOCIATES, INC., P.S.

Dennis Jordan, WSBA #4954
Attorney for Plaintiff

\\
COMPLAINT - 5

**Dennis Jordan & Associates Inc. P.S.**
4218 Rucker Avenue   Everett, WA 98203
(425)252-5554   (425)258-4060 Fax

164
AHM



**transform**
Building Innovative Spaces

| Your Modular Builder



**SUNCADIA.**
Resort Community Legacy

Proposal & Inclusions For -

# Trailhead Condominiums at Suncadia

3770 Suncadia Trail
Cle Elum, WA
98922

June 13th, 2008



Prepared By:
Transform's Estimating Dept.
11857 Bay Ridge Drive
Burlington, WA 98233

Tel. 360.755.9130 Ext 211
Fax 360.707.0818

www.transform-llc.com

OUTLINE SPECIFCATIONS.

1



EXHIBIT ___1___

165
AHM

Transform LLC.          Trailhead at Suncadia -- Building #1          June 13, 2008

## TRANSFORM'S INCLUSION SPECIFCATIONS

### DIVISION SECTIONS BY TITLE

**DIVISION 1          FLOOR ASSEMBLY**

1 ¾" x 11 7/8" LVL Double Perimeter Rim Joist
2 6/16" x 11 7/8" TJI 230 Floor Joists at 16" O.C
4' x 8' x ¾" T&G OSB as a Sub-Floor
Sub-Floor is Glued and Nailed per Schedule, Acoustical Sealant used at base plates
Fire Sealant Polyurethane Spray Foam
1/2" Homasote or equiv sub-strait - Covers All the Subfloor before walls are set.
ITT3511.88 - 2 5/16" x 11 7/8" Joist Hangers for 380 & 230 by Simpson Strong-Tie
Under Floor Insulation R-21 Unfaced Batt Insulation
Miraft X-Series Woven Polypropylene Underclosure to secure Insulation

**DIVISION 2          EXTERIOR WALL ASSEMBLY**

2" x 6" DF #2 or BTR Wall Plate Material -- Single Bottom and Single Top Plate
2" x 6" DF #2 or BTR 104 5/8" Wall Studs @ 16" O.C UNO -- 9' Wall Height
2" x 10" DF #2 or BTR Insulated Box Headers above all Rough Framed Openings where needed
2 ½" Ridged Foam Insulation used in the Box Headers
R-24 Unfaced Batt Insulation at Exterior Walls
4' x 10' x 7/16" OSB Exterior Wall Sheathing
Single Layer of Tyvek Commercial Building Wrap Vapor Barrier for Water Intrusion
4' x 9' x 5/8" Gypsum Based Type "X" Sheetrock Hung (No Mud and/or Tape Included)

**DIVISION 3          WINDOWS & DOORS**

Window Membrane Flashing - Tyvek Flex wrap 6" x 75' - Installed on the Sill of the Window
Window Membrane Flashing - Tyvek Straight Flash 4" x 150' - Top, Sides, & Bottom Flashing
Window Membrane Flashing - Tyvek Sealant CS/12 - Sealing caulk for inside the window
Window Backer Rod - MD Pre-Caulk Backer Rod 3/8" x 20' - Insulating around the inside of the window

**DIVISION 4          INTERIOR WALL ASSEMBLY**

2" x 4" DF #2 or BTR Wall Plate Material -- Single Bottom and Single Top Plate
2" x 4" DF #2 or BTR 104 5/8" Wall Studs @ 16" O.C UNO -- 9' Wall Height
4' x 8' x 7/16" OSB at all required Interior shear walls
4' x 9' x 5/8" Gypsum Based Type "X" Sheetrock Hung (No Mud and/or Tape Included)
RC Channel and Clips Installed Only at Corridor Locations
#10 - 3" - #2 Bugle Head Square Drive Vinyl Coated Deck Screws to Install RSIC Clips
RSIC-1.5" - Adjustable Furring Channel Mount - The Smart Clip
RSIC-1.5" - Adjustable Furring Channel Mount - HAT CHANNEL 20ga 7/8"gr 20ft - 2 1/2" x 1" x 240"
Interior Sound Insulation R-11 on 2x4 walls - Fiberglass Form Free Unfaced Batts
Interior Sound Insulation R-19 on 2x6 walls -- Fiberglass Form Free Unfaced Batts

---



Transform LLC.          Trailhead at Suncadia – Building #1          June 13, 2008

**DIVISION 5          CEILING ASSEMBLY**

Sub-Floor Adhesive - OSI® Pro-Series® SF-450™ Heavy Duty Sub-Floor & Construction Adhesive
1 3/4" x 7 1/4" LVL's - Double Perimeter Rim
2" x 8" DF #2 Ceiling Joist 16" O.C UNO
2" x 8" DF #2 Crush Plate at Perimeter walls and over corridor nailed down through ceiling deck into rim
4' x 8' x 7/16" OSB above Ceiling Joist Sheathing
4' x 8' x 5/8" OSB Crush blocks installed on perimeter wall plate
Ice & Water Shield 3'x 75' – Covers the exterior ceiling deck for water protection
#10 - 3" - #2 Bugle Head Square Drive Vinyl Coated Deck Screws to install RSIC Clips
RSIC-1.5" - Adjustable Furring Channel Mount - The Smart Clip
RSIC-1.5" - Adjustable Furring Channel Mount - HAT CHANNEL 20ge 7/8"gr 20ft - 2 1/2" x 1" x 240'
4x16x5/8" Interior Gypsum Board - Double Layer on the Lid in Units Only

**DIVISION 6          ROOF ASSEMBLY**

N/A

**DIVISION 7          STAIR ASSEMBLY**

N/A

**DIVISION 8          PLUMBING ASSEMBLY**

Pex and PVC Standard Rough In per Plan
3 ½" Waste Pipe Insulation
Shower Receptor - Tile Redi Waterproof Shower Module - 33" x 60" Model # 3360L
Molded Tub/Shower Combo - Sterling Model # 81041110 - 6' White Bathtub, Vikrell Material, Swirl
Gloss Finish, Overall Size 60" x 30.5" x 15"
Rannai Tankless on demand water heater - Tankless Water Heater 199,000 BTU R94LSI by Rinnai

**DIVISION 9          ELECTRICAL ASSEMBLY**

Basic Rough-In per Plan

**DIVISION 10          HVAC / MECHANICAL ASSEMBLY**

Rinnal Air Handler Unit - Series 37AHA - Model #04508 - Installed in ONLY Type "A" Units
Rinnal Air Handler Unit - Series 37AHA - Model #06012 - Installed in all Standard Type "B" Units
Dryer Rough In Box - DBX1000 Plastic Dryer Vent Box with Snap on Trim Ring

**DIVISION 11          FIRE SUPPRESION ASSEMBLIES**

N/A

OUTLINE SPECIFCATIONS                                                                3

167
AHM

Transform LLC.          Trailhead at Suncadia – Building #1          June 13, 2008

**DIVISION 12**          *INTERIOR FINISHES ASSEMBLY*

    N/A

**DIVISION 13**          *APPLIANCES*

    N/A

**DIVISION 14**          *SHIP LOOSE ITEMS*

    N/A

**DIVISION 15**          *PROJECT EXCLUSIONS – Items not seen above are Excluded from this Proposal*

Site Work & Utility Hook-Ups
Foundation, Site Plumbing, Electrical, & HVAC
Fire Alarm & Sprinkler
Finished Flooring
Mud, Tape, Texture, PVA, & Paint
Exterior Metal Flashing, Trim & Siding
Truss and Roof Assembly (Rough or Finish)
All Exterior Doors Slider or Swing
All Interior Doors
Window Supply
All Casework & Millwork
Closet Shelving
Electrical Fixtures & Trim
Plumbing Fixtures & Trim
HVAC & Mechanical Building Fixtures or Trim
Gas Line Piping
Appliances
L&I Inspection Fees

OUTLINE SPECIFCATIONS                                                    4



168
AHM

Transform LLC.          Trailhead at Suncadia – Building #1          June 13, 2008

*Client Selections:*

Client will be allowed the following <u>allowances</u> and <u>selections</u>:

An allowance is a fixed dollar amount, set by the manufacturer for the client to buy his or her own specific item(s) for the project. If the client spends over the allowance the difference must be paid by the client. If less is spent a credit will be issued by the manufacturer.

A selection does not contemplate a monetary value issue, but rather enables the client to select a color or style from the manufacturers list of choices (i.e. carpet color).

<u>Allowances (All Modules)</u>
<u>Items listed below have a noted dollar amount due to lack of exact pricing at time of Proposal</u>

1. Est. Delivery, Set & Stitch: <u>$225,675.00</u> (This Number <u>Is NOT</u> Included in the Final Price Reflected Below)

<u>Selections (All Modules)</u>
1. Carpet color / style – N/A
2. Roof color – N/A
3. Countertop color / style – N/A

<u>Labor ONLY</u> Pricing of the <u>(55)</u> modular unit(s) specified above is based on the Scope of Work outline in this document <u>excluding Tax</u> and Shipping come to a total Estimated Price of :

<u>**$1,600,000**</u>

<u>**One Million Six Hundred Thousand Dollars and Zero Cents**</u>

This estimate is based on the specifications outlined above. Any deviation from the above specification is strictly an exclusion of the above listed price and will be subject to a change order in the event of a change. Variations in materials and/or design may affect the final cost of construction. Transform LLC will update the quote and the contract amount will be revised based upon the final design approved by the Client & the State of Washington. Course of construction deviations and alterations from the approved design and/or plans will require an addendum to the State of Washington. All costs of the addendum and change in materials will be the responsibility of the Client.

OUTLINE SPECIFCATIONS                                                    5 

**The following items are included in and are part of this contract:**

| | |
|---|---|
| Schedule A: | Price and Payment Terms |
| Schedule B: | Project Scope, Inclusions, and Exclusions |
| Schedule C: | Project Schedule and Anticipated Milestone Dates |
| Schedule D: | Other |

Ship to:        3770 Suncadie Trail              Deliver F.O.B. Our Factory
                Cle Elum, WA
                98922

Terms and conditions of Contract accepted by Buyer, including terms on the following pages

Date:  6/19/08                    Buyer: East AHM Development LLC.

                                  By: Jeff Hansell

                                  Its: Owner

Date:  6/30/08                    Seller: Transform, LLC

                                  By: Robert Ney

                                  Its: Vice President of Project Administration

Page 2 of 7



170
AHM

## THE FOLLOWING PROVISIONS ARE HEREBY MADE A PART OF
## THE CONTRACT FOR SALE OF MODULAR UNITS, AND BUYER AGREES THERETO

**1. Contract's Terms and Conditions Control.** Buyer's acceptance is limited to the express terms of this Contract. Any proposal by Buyer for additional or different terms to this Contract (other than with respect to the description, quantity, price, or delivery schedule of the goods) shall be deemed a material alteration thereof, and this Contract shall be deemed accepted by Buyer without said additional or different terms. Any attempt by Buyer to vary the terms of this Contract as to the description, quantity, price, or delivery schedule of the goods is hereby objected to and rejected by Seller. Any changes to this Contract shall be made in writing, signed by both parties.

**2. Payment.** Buyer shall pay Seller as set forth in the attached Schedule A.

**3. Commencement of Production.** Despite any specified delivery date on page 1 of this Contract, it is an express condition precedent to Seller's obligation to commence production of the modular units for Buyer that Buyer first furnish Seller with appropriate documentation, evidence, and information that at such time as Seller has produced the modular units, they can be immediately removed from Seller's premises and delivered to property on which Buyer has authority to place the modular units. In the event such evidence cannot be furnished, the delivery date specified on page 1 shall be equitably adjusted. If Buyer fails to take delivery of the goods as set forth herein, Seller may require Buyer to pay a storage and transportation fee of $250.00 per day per modular unit for which delivery is not accepted by Buyer. This provision is required due to the limited storage space at Seller's premises, the need to transport excess modular units and the potential risk of loss/damage to the modular units following production if allowed to remain on Seller's premises.

**4. Delays and Extensions of Time.** If Seller is delayed at any time in the commencement or progress of the production of the modular units by an act or neglect of Buyer; or of a separate entity with which Seller contracts; or by changes ordered in the modular units; or by labor disputes; fire; unusual delay in deliveries of materials, equipment, or other items; unavoidable casualties; or other causes beyond the Seller's control, then the time for delivery shall be equitably adjusted, and Seller shall not

be liable to Buyer for any damages resulting from such delay.

**5. Warranty.** Seller warrants that the goods furnished hereunder will be free from defects in materials and workmanship for a period of one year from their date of delivery to Buyer. Upon written notice to Seller within the specified one year period, Seller agrees to promptly repair or replace, as necessary, any defective workmanship or materials for which it is responsible. Seller shall transfer any warranty available and transferable from the original manufacturer of component parts of the goods to the Buyer. THIS REMEDY IS THE EXCLUSIVE REMEDY FOR ANY BREACH BY SELLER.

THE FOREGOING WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE BUYER'S EXCLUSIVE REMEDY WITH RESPECT TO ANY AND ALL LOSSES OR DAMAGES RESULTING FROM ANY CAUSE WHATSOEVER SHALL BE REPAIR OR REPLACEMENT AS SPECIFIED ABOVE. IN NO EVENT SHALL SELLER BE LIABLE FOR ANY CONSEQUENTIAL DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, DAMAGES FOR ANY DELAYS, PERSONAL INJURY, OR DAMAGES TO PROPERTY, WHETHER ALLEGED AS RESULTING FROM BREACH OF WARRANTY OR CONTRACT BY SELLER OR NEGLIGENCE OF SELLER OR OTHERWISE.

**6. Information Required of Buyer.** Buyer shall, at the written request of Seller, prior to delivery of the goods which are the subject of this Contract, furnish to Seller reasonable evidence that financial arrangements have been made to fulfill the Buyer's obligations under this Contract. Furnishing of such evidence shall be a condition precedent to commencement or continuation of the delivery of the goods which are the subject of this Contract. After such evidence has been furnished, Buyer shall not materially vary such financial arrangements without prior written notice to Seller.





171
AHM

**7. Disputes.**

**a.   Accrual of Claims and Causes of Action.** Claims and causes of action by Buyer against Seller pertaining to the goods which are the subject of this Contract shall be deemed to have accrued and the applicable statutes of limitation/limitation period, including the period specified below, shall commence to run not later than the date of delivery of the goods which are the subject of the claims or causes of action.

**b.   Limitation Period.** Any claim or cause of action by Buyer against Seller pertaining to the goods which are the subject of this Contract must be commenced in a court of competent jurisdiction within 18 months of the date of delivery by Seller to Buyer of the goods which are the subject of the claim or cause of action. Any unresolved claim or cause of action which is not timely commenced is waived and released by Buyer.

**c.   Mediation.** As a condition precedent to the hearing of any trial, the parties shall submit any and all disputes between them to non-binding mediation with the assistance of an experienced mediator. The parties shall each designate a representative with full settlement authority who will participate in the mediation. The parties shall bear equally all expenses, exclusive of attorneys' fees, associated with the mediation.

**d.   Fees and Costs.** In any dispute between Buyer and Seller, the prevailing party shall be awarded its reasonable attorneys' fees, experts' fees, and costs.

**8.   Risk of Loss.** Buyer assumes the risk of loss of all goods when tendered to Buyer's possession at the destination specified in this Contract.

**9.   Entire Agreement.** This Contract constitutes the entire agreement between the parties, and supersedes all previous communications between them, either oral or written.

**10.   Severability.** If, but only to the extent that, any provision of this Agreement is declared or found to be illegal, unenforceable or invalid, then, to the full extent permitted by law, (a) the provision found to be illegal, unenforceable or void shall be deemed amended and the Court having jurisdiction shall be requested to reform such provision to the extent necessary to make it legal and enforceable while preserving the intents of the parties reflected therein and (b) such illegality, unenforceability or invalidity will not affect any other provision hereof and this Agreement will be liberally construed in order to carry out the intent of the parties as nearly as possible.



172
AHM

## Schedule A: Payment Terms

**Due at Contract signing to attain First Period labor only:**

**$320,000.00** (Approximately 20% of LABOR COSTS ONLY) covers all start up labor costs, due net 30 from execution of the contract.

Monthly Draws based on a percentage of completion, until the contract amount is paid in full.  Contract amount is a fixed lump sum amount which includes labor only. *$76,036.83* of the Fixed Contract amount below covers the labor only to install the hat channel per the current design.   If hat channel becomes excluded from Transforms scope of work the full *$76,036.83* which is a fully loaded all inclusive labor number *($66,118.98 base, $9,917.85 mark-up)* will be backed out of the fixed lump sum amount below.

The Fixed Contract Amount is Transform LLC Labor, Overhead and Profit <u>ONLY</u>. <u>All Materials are provided by Hansell Mitzel.</u>

## LUMP SUM AMOUNT:      <u>$ 1,600,000 Exclusive of Sales Tax</u>

A liquidated damages clause of $500 per working day, per box for delay in delivery from the mutually agreed upon final delivery date, will be instituted in the contract pertaining to this project.  A separate attached signed document stating the final mutually accepted schedule binds.

All payments shall be made payable to "Transform LLC" and will be paid by Buyer check or wire transfer to an account designated by Transform, LLC.  All permitting fees paid for by Owner.

STANDARD RETAINAGE OF 5% WILL BE APPLIED TO ALL PROGRESS PAYMENTS.

**\*\*\*Note All Pricing is Subject to WA State Sales Tax which is NOT included\*\*\***

Page 6 of 7



<u>**Schedule B: Project Scope, General Inclusions and Exclusions**</u>

**See Attached Document as Schedule B.**

\***Please note that Schedule B reflects a final price that includes ONLY Labor.\***

*Note:  This is a <u>general</u> Scope of Work supplied to help determine the major items that will be required by the General Contractor at the site to prepare the building for occupancy once the modules are delivered to the site, written for planning purposes only, it is not intended to provide every detail of all the work required.*

Page 6 of 7



**Schedule C:  Project Schedule and Anticipated Milestone Dates**

Contract acceptance and signing:                              June 13th, 2008

35% design of modular components:

65% design of modular components:

95% design of modular components:

Final design criteria and architectural elements:

Final selection of interior finishes:

Final acceptance of HVAC and electrical design:

Permits submitted for Washington State approval:      May 20th, 2008

Begin production:                                                       Estimated – July 1st, 2008

First delivery of modules                                          Estimated - July 18th, 2008

Second delivery of modules                                      Estimated – Sept. 11th, 2008

Final set, on site work and finishes begin               Estimated - Sept. 12th, 2008

Substantial completion:                                            Estimated - October 30th, 2008

Certificate of Occupancy                                          Estimated - October 30th, 2008



175
AHM



Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305
MC 28766

RWA -12517

**BENNETT**
Truck Transport, LLC

| Invoice Date: | Invoice Number: |
|---|---|
| 10-SEP-08 | 2306573-00 |

**Shipper**
0129301
TRANSFORM
11857 BAY RIDGE DR.
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY: _____

Page  1  of  1

Tel. # : (800) 866-5500   (770) 957-1866
Fax # : (800) 866-4420   (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-04 | | 418029 | |

Driver Name:  EDWARD LUDWIG

Date Shipped:  05-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| 1 | 14'2X34X12'10 | 0 | 688.00 | FLT | 688.00 |
| | FSC | | 405.00 | FLT | 405.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 383.00 | FLT | 383.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | NO PILOTS WERE CHARGED | | | | |

Job: 08-009
Code: 01-626
Price: $1651.00
Initials: JH

POSTED

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

**PAY THIS AMOUNT** ➤   1,651.00

Currency:  USD

To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-04
Bill To:   0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

| | |
|---|---|
| Invoice Number: | 2306573-00 |
| Invoice Date: | 10-SEP-08 |
| Payment Due Date: | 25-SEP-08 |

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

Total Amount Due:   1,651.00
Amount Enclosed: _____

*YOUR  HIGHWAY  TO  THE  WORLD*

EXHIBIT  2

176
AHM

Date : 09/05/08
Terminal:RWA
Load :2306573
SERIAL #: 008-88037-04
PO#/HUD#

Driver:LUDW ED
Truck:418029
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL -- NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,Including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):129301
TRANSFORM
11857 BAY RIDGE DR.
BURLINGTON,WA,98233
3607659130

To:   Consignee Address(Destination):140455
EAST AHM DEVELOPEMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5098741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,cosigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 569
CLE ELUM,WA,98922
5098741517

REMIT C.O.D

| NO | Description 14'2X34X12'10 | Weight | Rate | Miles | Total |
|----|---------------------------|--------|------|-------|-------|
|    |                           |        |      | 150   | 1651.⁰⁰ |

Act of God: If shipper declines Act of God waiver,put'no' here:_____

Units for living purposes exclusively.Unless a greater value for  the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding.Two Hundred Fifty Dollars($250.00).$_____Signed:_____

Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading,the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained  therein transported.I declare the excess value of personal effects and furnishings to be $_____
Signed:_____

Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____ Date:_____

Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (If No Signature,Read Pro Bill#).Signed:_____ Date:_____

Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay or/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :          PREPAID :          COLLECT :          THIRD PARTY :
COD AMT $          $          $          $

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignor:_____

Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____

Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER PER:   _NOTS_          CARRIER PER:   _Ed Ludwig_          CONSIGNEE PER:   _NOTS_



Remit To:  Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

MC 28766

**BENNETT** Truck Transport, LLc

RWA #12517

| Invoice Date: | Invoice Number: |
|---|---|
| 12-SEP-08 | 2306615-02 |

**Shipper**
0140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON WA 98233

**Consignee**
12-0140455
EAST AHM DEVELEPMENT
611 HIGHWAY 903
STORAGE LOT
CLE ELUM,WA,98922

**Bill To**
0140320
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM WA 98922

RECEIVED
SEP 1 5 2008
BY:-----------

Page  1  of  1

Tel.# : (800) 866-5500    (770) 957-1866
Fax # : (800) 866-4420    (770) 957-7634

Div: 12

| B/L Number: | Miles: | Truck: | Trailer: |
|---|---|---|---|
| 008-88037-05 | | 480221 | |

Driver Name:  JAMES SOLER                     Date Shipped:  05-SEP-08

| Pieces | Description | Weight | Rate | | Charges |
|---|---|---|---|---|---|
| | ***CORRECTED BILLING*** | | | | |
| 1 | 10'10X29X12'10 | 0 | 598.00 | FLT | 598.00 |
| | FSC | | 272.00 | FLT | 272.00 |
| | PERMITS | | 15.00 | FLT | 15.00 |
| | SPOTTING CHARGE | | 250.00 | FLT | 250.00 |
| | DEADHEAD MILES | | 160.00 | FLT | 160.00 |
| | NO PILOTS USED SIZE OK | | | | |

Job: 08-009
Code: 01-626
Price: $1295.00
Initials: CH

POSTED

| PAY THIS AMOUNT | 1,295.00 |
|---|---|

Payment within 15 days, per I.C.C. Regulations.
Past due accounts will be assessed a service charge of 1 1/2% per month or partial month.

Currency:  USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
To ensure proper credit, please detach this portion and return with remittance.

BOL No.:   008-88037-05
Bill To:    0140320
            EAST AHM DEVELOPMENT @
            P O BOX 669
            CLE ELUM WA 98922

| Invoice Number: | 2306615-02 |
|---|---|
| Invoice Date: | 12-SEP-08 |
| Payment Due Date: | 27-SEP-08 |

Please send payments to:

Bennett Truck Transport, LLC
P.O. Box 100005
McDonough, GA  30253-9305

| Total Amount Due: | 1,295.00 |
|---|---|
| Amount Enclosed: | _____ |

*YOUR   HIGHWAY   TO   THE   WORLD*

EXHIBIT  3

178
AHM

Date : 09/05/06
Terminat:RWA
Load :2306615
SERIAL #: 006-88037-05
PO#/HUD#

Driver:SOLE J
Truck:480221
Unit:
C.O.D Amount:

**STRAIGHT BILL OF LADING**
ORIGINAL – NOT NEGOTIABLE

CARRIER :Bennett Truck Transport LLC.,including Barrett Transport, Inc.,(SCAC) BTTI
a division of Bennett Truck Transport,LLC.
1001 Industrial Parkway.PO Box 569,McDonough GA 30253.

US DOT : 600382
MC-ICC 285766

From:   Shipper Address(Origin):140460
TRANSFORM
11857 BAY RIDGE DRIVE
BURLINGTON,WA,98233
3607559130

To:   Consignee Address(Destination):140455
EAST AHM DEVELEOPMENT
611 HIGHWAY 903
CLE ELUM,WA,98922
5098741517

RECEIVED the property described below,in apparent good order,except as noted(contents and conditions of contents of packages unknown),marked,consigned, and destined as shown above,which said carrier(the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination,if on its route,otherwise deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any said property,that every service to be performed hereunder shall be subject to all terms and conditions of BTTI 101 Rules Trall.Shipper hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those in BTTI 101 Rules Tariff.

FOR PAYMENT, SEND BILL TO:
EAST AHM DEVELOPMENT @
P O BOX 669
CLE ELUM,WA,98922
5098741517

REMIT C.O.D

| NO | Description 10'10X29X12'10 | Weight | Rate | Miles | Total |
|----|----|----|----|----|----|
| | | | | 150 | 1295.00 |

Act of God: If shipper declines Act of God waiver,put'no' here:_____
Units for living purpose exclusively:Unless a greater value for the household and personal effect and/or furnishing,not a part of the unit,at point of manufacture include in this,shipment,is declared on this Bill of Lading the shipper hereby releases such property to a value not exceeding,Two Hundred Fifty Dollars($250.00).$_____   Signed:_____
Units for purposes other than living purposes exclusive.Unless a greater value per unit and equipment is declared on this Bill of Lading, the shipper hereby releases this shipment to a value not exceeding Ten Thousand Dollars($10,000.00)for each unit and equipment contained therein transported.I declare the excess valuation of personal effects and furnishings to be $_____
Signed:_____
Shipper or Agent: I hereby authorize this shipment and make the declaration of values(if any)and agree to the contract terms and conditions hereof Signed:_____  Date:_____
Carrier Agent: Foregoing shipment subject to declaration(if any)or relase terms and conditions herein,Bennett Truck Transport,LLC (if No Signature,Need Pro Bill#):Signed:_____  Date:_____
Payor/Shipper is liable for all(1)structural and mechanical failure related directly to pay on/shipper's equipment as per Section I(d)of Terms and Conditions(2)tolls,permits and state fees as per applicable tariff.

C.O.D.FEE :        PREPAID :        COLLECT :        THIRD PARTY :
COD AMT $_____   $    11    $_____   $_____

Subject to section 7 of conditions if the shipment is to be delivered to the consignee with out recourse on the consignor,the consignor shall sign the following statement.The carrier shall not make delivery of this shipment with out payment of freight and all other lawful charges.
Signature of Consignee:_____
Delivery Release: I request the Carrier park unit at delivery site and I release Carrier and Driver from any damages resulting from off road parking,which could be total destruction Signature:_____
Note:This is a release to carrier for all damages and shortages unless noted hereon.No claims for any loss,damage,injury or delay will be paid unless all lawful charges have been paid to carrier

SHIPPER
PER:   *NOTS*

CARRIER
PER:   *Jim Sole*

CONSIGNEE
PER:   *NOTS*

@002

01/11/2008 23:46 FAX

*total*
*$ 5073.30 w/ Tax*

# CHANGE IN SCOPE AUTHORIZATION

FILE COPY NUMBER: *Exterior Design 6*
DATE: _____

East AHM Development, LLC
3542 Suncadia Trail
Cle Elum, WA. 98922
509-674-6569    FAX: 509-674-6599

JOB NAME: *TrailHead Bldg #1*        JOB NUMBER: *08-0509*

COST CODE: *06-210*    DESCRIPTION: _____

CHANGE IN SCOPE:
*Remove trim from outside, Remove sealant*
*from Inside, Remove window Make corrections*
*as Noted by OAC in thier Window Remediation 1/30/09.*
*All Work Performed on Dining Rm Window unit #100*

REASON FOR CHANGE:
*Transform authorized repair to*
*Fix, factory Defect in windows unit 100.*
_____

COST: ☐ NO ☐ YES   LUMP SUM *#1090*   OR ☐ TIME & MATERIAL

TIME IMPACT: ☐ NONE    ☐ YES - NUMBER OF DAYS

**AUTHORIZATION:**

East AHM Development: _____   DATE: _____

*1090*
*8 720 tax*
*1177.20*

TITLE: _____

OWNER: _____   DATE: *a/19/09*

BY: *Vito Tislenko*

C:\Users\MandH\Documents\CIS East AHM Development

EXHIBIT *C*

# CHANGE IN SCOPE AUTHORIZATION

**East AHM Development, LLC**
**3542 Suncadia Trail**
**Cle Elum, WA. 98922**
**509-674-6569    FAX: 509-674-6599**

NUMBER: _Exterior Design 2_
DATE: _____

*FILE COPY*

JOB NAME: _TrailHead Bldg #1_      JOB NUMBER: _08-009_

COST CODE: _06-210_    DESCRIPTION: _____

CHANGE IN SCOPE: _Replace fasteners at all factory Installed_
_Windows._

REASON FOR CHANGE: _____

COST: ☐ NO  ☐ YES   LUMP SUM **$3607.**⁵⁰   OR  ☑ TIME & MATERIAL Not to Exceed $4000

TIME IMPACT: ☐ NONE      ☐ YES- NUMBER OF DAYS

**AUTHORIZATION:**

+ 288.60
3896.10

East AHM Development: _____   DATE: _12/8/08_

TITLE: _____

OWNER: _____   DATE: _12/10/08_

BY: _Vito Tiskenko_

181
AHM

C:\Users\MandH\Documents\CIS East AHM Development

Total $55,751.39

**FILE COPY**

Stanton Plumbing Inc.
#017

APPENDIX "A"

### SCOPE OF WORK

Page 1 of 4

The following items and description of work are particularly included and are not intended to limit the Contractor's work, but to clarify or emphasize it:

Stanton Plumbing will provide materials and labor necessary for the complete rough in for the Building #1 Trailhead. The parking garage underground within Building #1 and Building #2 is not in this scope of work, this work was done prior by a separate plumbing contractor. Stanton Plumbing will make nesseccary connections to previously installed underground plumbing as needed for the support of the above ground system of Building #1. Stanton plumbing will install all nesseccary components of the plumbing system within the parking garage as designed to support the plumbing system for building #1.

Stanton Plumbing will supply labor and materials for everything within their scope of work proposal except as noted above. All plumbing fixtures as noted in the Stanton Plumbing proposal dated 11/4/08 labeled p.2 will be supplied by East AHM Development for Building #1. It will be the responsibility of Stanton Plumbing to communicate schedule delivery of fixtures to East AHM Development to ensure no down time on Stanton Plumbing's behalf.

Stanton Plumbing will install and trim out plumbing as designed and as listed on fixture list, With the exception of the Americh 40 x40 soaking tub, this product will be substituted with the ARP equivalent soaking tub, and supplied by East AHM Development.

East AHM Development will handle the permits and fee's associated with the Building permits for the Parking garage, and the above ground portion of Building #1. The Fire Sprinkler and Fire Alarm permits for the Parking Garage and the above ground portions of Building #1. The FAS (Factory Assembled Structure) permits for the factory portion of Building #1. All permits and fee's other than those listed above, that fall within the scope of work of Stanton Plumbing, and will be required to complete the scope of work for Stanton Plumbing, will be at the responsibility of Stanton Plumbing to obtain.

See attached proposal for Trailhead Building #1 (3) pages.

182
AHM

Stanton Plumbing Inc.
P.O. Box 853
Preston, Wa. 98050

11/4/08
(425)471-0873
Wash. Fax (425)831-4808
Idaho Fax (208)687-2338

East AHM Development LLC
9623 32nd St. SE   Bldg. D
Everett, Wa. 98205

## RE;  Trailhead Condos @ Suncadia .Site Addr;  Roslyn, Wash. 98922

Stanton Plumbing Inc. is pleased to assemble the following quote for the necessary labor
& materials to complete the following project.

### Kitchens

| | | |
|---|---|---|
| 32-PFUO907R 31 5/8" x 20 ½" UC S/S kitchen sinks | @ 180.05 | 5,761.60 |
| 32-Moen 7590-ORB Aberdeen kitchen faucets w/pull-out | @ 311.50 | 9,968.00 |
| 32-ISE 1 hp Excel garbage disposals | @ 287.20 | 9,190.40 |
| 32-Dishwashers (Supplied by others, Trim only) | | |

### Master Baths

| | | |
|---|---|---|
| 64-MIRU1812BS UC lavatories biscuit | @ 108.15 | 6,921.60 |
| 64-Delta 4538-RB Lahara lavatory faucets | @ 155.15 | 9,929.60 |
| 32-Pro Flo 1203BS/3112BS ADA 1.6 gal water closets | @ 141.80 | 4,537.60 |
| 32-Pro flo TSSCE2000BS Plastic slow close seats | @ 29.95 | 958.40 |
| 27-Delta T-17238-RB shower trims | @ 135.42 | 3,656.35 |
| 25-Americh 40x40 Beverly soaking tubs biscuit | @ 1,138.50 | 28,462.50 |
| 25-Delta R4707 Roman tub rough-in valves | @ 149.85 | 3,746.25 |
| 25-Delta T-4738-RB Roman tub trim | @ 343.29 | 8,582.25 |
| 25-Watco 901-PPPVC-BZ Waste & overflows | @ 38.80 | 970.00 |

### Main Baths

| | | |
|---|---|---|
| 27-MIRU1812BS UC lavatories biscuit | @ 108.15 | 2,920.05 |
| 27-Delta 4538-RB Lahara lavatory faucets | @ 155.15 | 4,189.05 |
| 27-Pro Flo 1203BS/3112BS ADA 1.6 gal water closets | @ 141.80 | 3,828.60 |
| 27-Pro Flo TSSCE2000BS Plastic slow close seats | @ 29.95 | 808.65 |
| 27-Delta T-17438-RB Tub/shower trims | @ 150.85 | 4,072.95 |
| 27-Watco 901-PPPVC-BZ Waste & overflows | @ 38.80 | 1,047.60 |

**Fixture Cost**                                                    109,551.45

183
AHM

**Waste & Vent System:**
All waste & vents throughout shall be PVC schedule 40
All waste @ parking garage to be cast iron piping
All waste to grade to (1) side sewer stub 3' out per building
Provide piping sized to hook-up 1st, 2nd, 3rd floor modular units per Mech. Plans

**Domestic Water System:**
All Water piping located in each unit to be Rehau Pex piping
All Water @ Parking Garage level to be Type "M" Copper
100'- 3" Domestic incoming water feed
Provide 3" shut-off valve @ incoming water feed
100'- 4" Fire Sprinkler Feed to Double check valve
Provide (1) Watts 757 OSY 4" Double check valve assembly For Fire Sprk.
Provide (32) 1" Ball valve shut-offs for each unit
Provide (32) Neptune T10 Pro Read 1" Potable water meters
Provide (1) Neptune Pro Pocket Reader (1 Per Building) For reading meters
Provide (1) 3" water stub 3' outside building, Hook-up to meter is by others.
Please Note: The water service from the meter to the building is provided &
installed by utility contractor.

Total: $ 255,000.00 Per Building  + WSST

| | |
|---|---|
| Rough-in Cost Labor/Materials | |
| Trim-out Cost Labor/Materials | 113,150.00 |
| Fixture Cost | 32,298.55 |
| | 109,551.45 – Supplied by GC |

Scope of Work @ Rough-in:
Rough-in all waste & water @ parking garage
All waste piping to be cast iron pipe @ parking garage
Water piping to be copper type "M" pipe @ parking garage
Rough-in to be completed for PVC waste & Rehau pex water @ all units
Rough-in of water piping @ hall way for feeds to units
Rough-in of 1" shut-offs @ all units
Rough-in of 1" water meters at all units
Rough-in of 4" double check for Fire sprinkler hook-up
Rough-in of 3" Domestic water feed @ parking garage
Rough-in of 40x40 tubs @ master baths/plus Roman tub valve R-I

Scope of Work @ Trim-out:
Trim-out all waste & water to all fixtures listed on fixture list
Supply all Fixtures listed on fixture list
Caulking all fixtures for final inspection
Inspection of all fixtures @ trim-out for manufacture flaws

Extras Not Installed @ Factory:

$6975.00

To install 32 Rinnai Instantaneous water heaters
Add: 2-3 hrs. per heater @ 75.00 per hr. plus materials          X's 31

To install 32 feed lines to furnaces from Rinnai heaters
Add: 1-2 Hrs. per furnace @ 75.00 per hr. plus materials          X's 32          — $4800.00

To install 32 trap primers for pan drains @ mechanical rm.
Add: 30 mins. Per primer @ 75.00 per hr. plus materials          $1200.00

To Finish Tub R-I of waste & water piping @ 40x40 tubs          X's 27          $3037.50
Add: 1- 1.5 hrs. per tub @ 75.00 per hr. plus materials

To Finish securing Tub/shower R-I valves behind fiberglass units          X's 12          $1800.00
Add: 1-2 hrs. per units that needs fixing @ 75.00 per hr. plus materials

To install 3" Watts 757OSYM Double check valve for Domestic Water Feed          $17,812.50
Add: 1,525.19 for double check, & 2 hrs. @ 75.00 labor, plus materials
                                                                                + Tax 1425
                                                                                $19,237.50

*All pricing subject to manufacturer price increases.
*This quote is good for 30 days only.
*Stanton Plumbing Inc. requires that the contractor has water installed to the
  building prior to sheetrock. Any damage from building not being under pressure
  during other sub-trades progress will not be the responsibility of this subtrade.
*All trim installation only and fixtures furnished will be provided with a (1) year
  warranty from date of installation.
*All rough-in plumbing and fixtures provided by others will not be covered under
  Stanton Plumbing Inc. (1) year warranty.
*This proposal assumes many items of the modular units rough-in to be correct.
  Stanton Plumbing Inc. will inspect & review rough-in to make sure it meets our
  standards and our quality control. If not, pricing may change due to fixes being
  made in the field.
*If this project is covered by an OCIP, it will be provided at no cost to this subtrade.
*Stanton Plumbing Inc. requires that YTD retension be released within 30 days of
  Rough-in completion, & trim completion.

*No Permit Included
*No Deck or Roof Drains Included
*No Insulation Included
*No Gas Piping Included

185
AHM

# SUBCONTRACTOR'S APPLICATION FOR PAYMENT

TO: East AHM Development LLC

FROM: _STANTON PLUMBING INC._ (Subcontractor)

ADDRESS: _PO BOX 853 PRESTON WA 98050_

PROJECT: _TRAILHEAD CONDOMINIUMS_

PAY REQUEST NO. _3_ DATED: _4.24.09_ INVOICE NO. _2009-53_

COVERING PERIOD FROM _3/25/09_ 20___ TO _4/25/09_ 20___

STATEMENT OF CONTRACT ACCOUNT:

| | | SUBCONTRACTOR USE | Owner USE |
|---|---|---|---|
| 1. | Original Subcontract Amount | $ _145,448.55_ | $ _____ |
| 2. | Approved Changes (breakdown attached) | _33,809.16_ | $ _____ |
| 3. | Current Subcontract Amount | $ _179,257.71_ | $ _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| 4. | Value of Basic Contract Work Complete to date ( _55_ % of line 1 above). | $ _65,451.85_ | $ _____ |
| 5. | Value of Approved Change Order Work Complete to Date ( _100_ % of line 2). | $ _33,809.16_ | $ _____ |
| 6. | Materials Stored on Site. | $ _____ | $ _____ |
| 7. | Total (4+5+6) | $ _99,261.01_ | |
| 8. | WA State Sales Tax @ _8_ % of line 7. | $ _7,940.88_ | |
| 9. | Less Retainage @ _5_ % of line 7. | $( _4,963.05_ ) | $(_____) |
| 10. | SUBTOTAL ((line 7 plus line 8) less line 9) | $ _102,238.84_ | |
| 11. | Less Amount Previously Paid | $( _52,434.20_ ) | $(_____) |
| 12. | Amount Due as of This Request | $ _49,804.64_ | $ _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF THE SUBCONTRACTOR  I hereby certify that the work performed and the materials supplied to date as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and East AMH Development LLC, relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received from the contractor, to (1) all my subcontractors (subcontractors) and (2) for all materials, equipment rental and labor used in or in connection with the performance of this Contract. I further certify I have complied with Federal, State and local tax laws, including Social Security, Unemployment Compensation and Workmen's Compensation insofar as applicable to the performance of this Contract, and that all work performed and materials furnished have been provided without discrimination as to race, creed, color, national origin, sex or age.

Furthermore, in consideration of the payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish all claim or right of lien which the undersigned may now have upon the premises above described or against retainage or any bond except for claims or right of lien for contract and/or change order work performed to extent that payment is being retained or will subsequently become due and agree to hold East AMH Development LLC harmless from any claim or claim of lien by my subcontractors, suppliers, equipment rentals or labor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subscribed and sworn before me this _13th_

_May_ 20_09_

Notary Public _Valerie M. Lunn_

AHM

Commission Expires _06/01/11_

Company Name _STANTON PLBG. INC._

By: _MARK S. LOU_ date _5/13/09_

Title: _PRES._

May 14 09 01:44p    STANTON PLUMBING INC.           4259314808        p.2
May 14 2009 11:22PM   Insert Mitzel Homes          50 749536          p.1

# CHANGE IN SCOPE AUTHORIZATION

**East AHM Development, LLC**
**3542 Suncadia Trail**
**Cle Elum, WA. 98922**
**509-674-6569    FAX: 509-674-6599**

NUMBER: Stanton-2
DATE: 4/29/2009

**JOB NAME:**   Trailhead Building #1          **JOB NUMBER:**   08-009

**COST CODE:**   15-400    **DESCRIPTION:**          Plumbing

**CHANGE IN SCOPE:**
Waste & vent pipe, extra fittings: 2" No-Caulk brass drains for pans: Rehav dex pipe, fittings
and copper extras.

**REASON FOR CHANGE:**
Additional materials needed. Transform back-charge.

**COST:** [ ] NO [x] YES   LUMP SUM  $5,009.16   OR  [x] TIME & MATERIAL

**TIME IMPACT:** [ ] NONE      [ ] YES- NUMBER OF DAYS _____

5409.89 tAtal

**AUTHORIZATION:**

East AHM Development: _____   DATE: 4/29/09

TITLE: _____

OWNER: *STANTON PLBG. INC.*   DATE: 5/14/09

BY: _____

C:\Documents and Settings\All Users\Documents\BPearsall\CONTRACTS\Contracts starting 042108\S\Stanton Plumbing\Change Order #2

187
AHM

May 14 09 01:44p    STANTON PLUMBING INC.              4258314808            p.1
                    Insell Mitzel Homes          50   749536              P.2

# CHANGE IN SCOPE AUTHORIZATION

**East AHM Development, LLC**
**3542 Suncadia Trail**
**Cle Elum, WA. 98922**
**509-674-6569    FAX: 509-674-6599**

**NUMBER:** Stanton-3
**DATE:** 4/29/2009

**JOB NAME:** Trailhead Building #1          **JOB NUMBER:** 08-009

**COST CODE:** 15-400   **DESCRIPTION:**                    Plumbing

**CHANGE IN SCOPE:**
See attached hand written scope.

**REASON FOR CHANGE:**
Additional labor needed. Transform back-charge.

**COST:** [ ] NO [x] YES   LUMP SUM  $28,800.00   OR  [x] TIME & MATERIAL

**TIME IMPACT:** [ ] NONE        [ ] YES- NUMBER OF DAYS _____

31,104 total

**AUTHORIZATION:**

East AHM Development: _____   **DATE:** 4/29/09

**TITLE:** _____

**OWNER:** *STANTON PLBG INC.*   **DATE:** 5/14/09

**BY:** _____

C:\Documents and Settings\All Users\Documents\BPearsall\CONTRACTS\Contracts starting 042109\5\Stanton Plumbing\Change Order #3

188
AHM

ENTRY              ROTO ZIP & TIPS
WATER FEED, FOR WATER FEATURE
     EXTRA 20' ½ PIPE, EXTRA
EACH (10) UNIT HAVE EXTRA 1" GATE (MAIN FLOOR)
EACH (10) " HAVE EXTRA 20' 1" PIPE (MAIN FLOOR)
UNIT 305  FIX NAILED WATER, MOVE LAV 2 HR.

UNIT 304   MOVE LAV 2 HR., FIX WASTE @ LAV,

UNIT 306  ADD LAV

UNIT 307  MOVE LAV, FIX KIT WASTE @ FL 2.5
2 ¼ 90, 4 COUP, PIPE, ADD TRAP PRIMER
UNIT 302   DUPLICATE OF 307

FL 3  MOVE 5 WATER METERS
EXTRA 20' 1" PIPE

UNIT 308  MOVE LAV, FIX CUT VENTS IN WALL
2 - 1½ (2.5)

UNIT 301  MOVE LAV, FIX W/C LEAK IN FLOOR

UNIT 309  ADD LAV, ADD KIT C/O RAISE
WASTE

UNIT 310  ADD KIT C/O RAISE LINE ACROSS
FLOOR, FIX WASTE @ BATH WALL, FIX WATER
@ MAST BATH WALL, MOVE MAST LAV

UNIT 300 - MOVE MAST LAV, ADD KIT C/O, RAISE

(left margin, rotated text)
3 FIX WITH ETTHELZ NAILED OR BROKEN PIPES IN EVERY UNIT

PLUMB 1 - 2" PAN DRAIN (2) 2 HR.
SET PANS @ (2) EA. (2)
(EVERY UNIT)
AHM

2ND FL.

DIDN'T MOVE MAST LAV OR DIDN'T
~~MOVE~~ ADD ANY LAVS

MOVE 5 WATER METER FEEDS
20' EA

UNIT 205   FIX WATER CUT PIPE
FIX LAV WASTE NAIL HOLE

UNIT 204   FIX SHO VENT NAIL HOLE,
     FIX LAV WASTE, FIX WATER LEAK IN
WALL
UNIT 203   FIX WATER & WASTE @ MAST.

UNIT 206   MOVE KIT WATERS

UNIT 207   MOVE SHUT-OFF VALVE, ADD
FL DR. , MOVE FL DR. , MOVE A/W BOX

UNIT 202

190
AHM

05/08/2009  10:31    4252494001         LKSTEVENS SAFEWAY              PAGE  03/08

**Apex Cabinets by Design LLC**
2105 51st Ave. E
Suite 203
Fife, WA  98424
USA
                        Contractor #APEXCCD910C5

Voice:   253-922-7110
Fax:      253-922-7191

/APE/ CABINETS by Design, LLC

# INVOICE

Invoice Number:   20033
Invoice Date:     Apr 25, 2009
Page:             1

| Bill To: | Ship to: |
|---|---|
| East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 | 3542 Suncadia Trail |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| East AHM Develop. | | Net 10 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand Deliver | 4/26/09 | 5/5/09 |

| Item Qty | Item | Description | Amount |
|---|---|---|---|
| 0.50 | | 2/20/09 Contract for labor and materials to be provided at Suncadia Trail development | 55,181.73  ok |
| 9.00 | EAHM INSTALL LABOR | East AHM - INSTALL LABOR Units 101, 302, 303, 304, 305, 306, 307, 308 & 310 | 10,603.08  ok |

Job: 08-009
Code: 06-400
Price: $114,247.59
Initials: CH

34,699.44

| | | |
|---|---|---|
| Subtotal | | 105,784.81 |
| Sales Tax | | 8,462.78 |
| Total Invoice Amount | | 114,247.59 |
| Payment/Credit Applied | | |
| **TOTAL** | | **114,247.59** |

Check/Credit Memo No:

Rot  <5289.24>

108,958.35

191
AHM

**Apex Cabinets by Design LLC**
2105 51st Ave. E
Suite 203
Fife, WA  98424
USA          Contractor #APEXCCD910C5

Voice:   253-922-7110
Fax:       253-922-7191

# INVOICE

| | |
|---|---|
| Invoice Number: | 20026 |
| Invoice Date: | Apr 19, 2009 |
| Page: | 2 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 | East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| East AHM Develop. | Trim Order-Mock Unit | Net 10 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 4/29/09 |

| Item | Description |
|---|---|
| TRIM PIECE | ALDER KNOTTY CC W/DARK PUTTY PS *3/4  48.5 X 96.5 |
| | MDF X-BAND PLY CNTER *CARB* |
| TRIM PIECE | ALDER S4S* 13/16 X 7/8 X RANDOM |
| TRIM PIECE | LF 1" X 2" - STAIN AND FINISH ON ALDER |
| TRIM PIECE | LF 1" X 9" - STAIN AND FINISH ON ALDER |

| | |
|---|---|
| Subtotal | 5,013.74 |
| Sales Tax | 401.10 |
| Total Invoice Amount | 5,414.84 |
| Payment/Credit Applied | |
| TOTAL | 5,414.84 |

Check/Credit Memo No:

Red <250.69>
3/04.15

192
AHM

**Apex Cabinets by Design LLC**
2105 61st Ave. E
Suite 203
Fife, WA 98424
USA

Contractor #APEXCCD910C5

Voice:  253-922-7110
Fax:    253-922-7191

# INVOICE

Invoice Number:   20026
Invoice Date:     Apr 19, 2009
Page:             1

*Duplicate*

received
5/4/09

| Bill To: | Ship to: |
|---|---|
| East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 | East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| East AHM Develop. | Trim Order-Mock Unit | Net 10 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 4/29/09 |

| Item | Description |
|---|---|
| TRIM PIECE | 3/4 X 3-1/2 RUSTIC ALDER E2E 42/7' BALANCE RANDOM |
| TRIM PIECE | 3/4 X 2-1/2 RUSTIC ALDER E2E 14/7' |
| TRIM PIECE | 1-1/16 X 7-1/4 RUSTIC ALDER E2E 4/8' |
| TRIM PIECE | 3/4 X 4-1/2 RUSTIC ALDER E2E 1/6' |
| TRIM PIECE | 3/4 X 5-1/2 RUSTIC ALDER E2E 1/6' |
| TRIM PIECE | ALDER AB* 1/4 X 4 X 8 PLY PS |
| TRIM PIECE | 1-1/16 X 5-1/2 RUSTIC ALDER E2E 14/4', 6/6', 12/7', 1/9' |
| TRIM PIECE | 3/4 X 4 RUSTIC ALDER E2E 2/7' |
| TRIM PIECE | ALDER A4 * 1/4  4X8 MDF PS *CARB* |
| TRIM PIECE | ALDER STANDARD FRAM 4/4 H&M 8' |
| TRIM PIECE | 3/4 X 3-1/2 KNOTTY ALDER E2E 30 PCS. 7-8' |
| TRIM PIECE | 1/2 X 3-1/2 KNOTTY ALDER E2E 9-12' |
| TRIM PIECE | 3/4 X 5-1/2 KNOTTY ALDER E2E 12 PCS 7-8' |
| TRIM PIECE | 3/4 X 7-1/4 KNOTTY ALDER RIP 2 EDGE 1 PC. 8' |
| TRIM PIECE | ALDER KNOTTY CC W/DARK PUTTY 1/4 X 4 X 8 PLY PS |
| TRIM PIECE | 3/4 X 8-1/2 KNOTTY ALDER RIP 2 EDGE 2 PCS. 8' |
| TRIM PIECE | ALDER RUSTIC KD 8/4 H&M 9 TO 10' |
| TRIM PIECE | S2S TQ 1-7/16 RIP TO 3-1/2 SAND TO 1-3/8 X 3-1/2 6 PC 9-10' |
| TRIM PIECE | ALDEER S4S* 13/16 X 1-1/2 X RANDOM |
| TRIM PIECE | ALDER KNOTTY CC W/DARK PUTTY 1/4 X 4 X 8 PLY PS |

Job: 08-009
Code: 06-410
Price: #5414.44
Initials: MM

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

193
AHM

**Apex Cabinets by Design LLC**
2105 51st Ave. E
Suite 203
Fife, WA  98424
USA            Contractor #APEXCCD910C5

Voice:   253-922-7110
Fax:     253-922-7191

# INVOICE

Invoice Number:  20025
Invoice Date:    Apr 19, 2009
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 | East AHM Development, LLC<br>PO Box 669<br>Cle Elum, WA  98922 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| East AHM Develop. | Trim Order-Commons | Net 10 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Hand Deliver |  | 4/29/09 |

| Item | Description |
|---|---|
| TRIM PIECE | 3/4 x 5-1/2 RUSTIC ALDER E2E 12 PC 6' |
| TRIM PIECE | 1/2 X 5-1/2 RUSTIC ALDER E2E 16 PC 7'  284'  11-12' |
| TRIM PIECE | 3/4 X 8 RUSTIC ALDER E2E 16 PC 6'X 16 PC 7', 24 PC 9' |
| TRIM PIECE | 3/4 X 9-1/2 RUSTIC ALDER R2E 2 PC 8', 8 PC 6' |
| TRIM PIECE | 3/4 x 8-1/2 RUSTIC ALDER R2E 8 PC 7' |
| TRIM PIECE | 1/2 X 6 RUSTIC ALDER E2E 8"+ |
| TRIM PIECE | 1/2 X 7-1/2 RUSTIC ALDER R2E 4 PC 8' |
| TRIM PIECE | 3/4 X 3-1/2 RUSTIC ALDER E2E 45 PC 8' BALANCE<br>RANDOM |
| TRIM PIECE | 1/2 X 3-1/2 RUSTIC ALDER E2E 11-12' LENGTHS |
| TRIM PIECE | 1/2 X 1-1/2 RUSTIC ALDER E2E 8 PC 10' |
| TRIM PIECE | ALDER A4* 1/4 X 4 X 8 PLY PS |
| TRIM PIECE | 1/2 X 8 RUSTIC ALDER E2E 8'+ |

Job: 06-009
Code: ~~06-410~~ 06-410
Price: $10,307.64
Initials: AH

| | |
|---|---|
| Subtotal | 9,544.11 |
| Sales Tax | 763.53 |
| Total Invoice Amount | 10,307.64 |
| Payment/Credit Applied |  |
| TOTAL | 10,307.64 |

Check/Credit Memo No:

194
AHM

RO1 < 477.21 >
9820.43

05/08/2009  10:31    4252494001          LKSTEVENS SAFEWAY              PAGE  02/08

## Apex Cabinets by Design LLC
2105 51st Ave. E
Suite 203
Fife, WA 98424
USA
Contractor #APEXCCD910C5

Voice:  253-922-7110
Fax:    253-922-7191

**/APE/**
CABINETS BY DESIGN, LLC

# INVOICE

Invoice Number:  20035
Invoice Date:    May 7, 2009
Page:            1

**Bill To:**

East AHM Development, LLC
PO Box 669
Cle Elum, WA 98922

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| East AHM Develop. | Third Floor | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand Deliver | 5/1/09 | 5/17/09 |

| Item | Description | Amount |
|---|---|---|
| TRIM PIECE | 1/2 x 3-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 3-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 7-1/2 Knotty Alder E2E 6' | |
| TRIM PIECE | 3/4 x 5-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 5 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 8-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 6-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 3/4 x 2-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 1/2 x 2-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 1/4 x 3/4 Alder Edgeband 8' | |
| TRIM PIECE | 1-1/4 x 5-1/2 Knotty Elder E2E 22/10', 15/8', 5/6' | |
| TRIM PIECE | 1-1/4 x 9-1/2 Knotty Alder R2E 10' | |
| TRIM PIECE | 1-1/4 x 7-1/2 Knotty Alder E2E 8' | |
| TRIM PIECE | 1-1/4 x 3-1/2 Knotty Alder E2E 6' | |
| TRIM PIECE | Alder Knotty CC W/Dark Putty PS  48.5 x 96.5 MDF | |
| | X-Band Ply Cnter "CARB" | |
| TRIM PIECE | Alder Knotty C4 W/Dark Putty 1/4 x 4 x 8 Ply PS | |
| TRIM PIECE | Alder Knotty A4 * 1/4 x 4 x 8 Ply PS | |
| TRIM PIECE | TRIM PACKAGE for entire Third Floor | 23,653.83 |

Job:  08-009
Code: 06-410
Price: $ 25,546.14
Initials: ___

| | |
|---|---|
| Subtotal | 23,653.83 |
| Sales Tax | 1,892.31 |
| Total Invoice Amount | 25,546.14 |
| Payment/Credit Applied | |
| **TOTAL** | 25,546.14 |

Check/Credit Memo No:

*Pat < 1182.09*

*24,363.45*